**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **MICHAEL W. ALLEGRETTI, CHANDRA V. BROWN-DAVIS, YOLANDA BROWN, RONALD DINKEL, SIOBHAN E. FANNIN, DAPHNE G. JACOB, KRISTIE KOLACNY, DIANNA J. MARTIN, SHERRI NELSON, PATRICIA OTUONYE, BECKY S. RAY, SCOTT C. READ, TIMOTHY M. RENAUD, LISA SMITH, SUSAN WEEKS, AND ANDRO D. YOUSSEF, on** behalf of themselves and all others similarly situated,<br><br>                                  **Plaintiffs,**<br><br>              **v.**<br><br>**WALGREEN CO.; THE RETIREMENT PLAN COMMITTEE OF THE WALGREEN PROFIT-SHARING RETIREMENT PLAN; THE RETIREMENT PLAN COMMITTEE OF THE WALGREEN PROFIT-SHARING RETIREMENT TRUST; AND DOES 1-30.**<br><br>                                  **Defendants.** | **Case No. 1:19−cv−05392**<br><br>**Hon. Charles R. Norgle** |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**Table of Contents**

I.    **INTRODUCTION** ........................................................................................................ 1

II.   **FACTUAL BACKGROUND** .................................................................................... 2

III.  **ARGUMENT** .............................................................................................................. 4

     A.  Legal Standard ..................................................................................................... 4

     B.  Count I States a Plausible Claim for Breach of the Duty of Prudence ........................ 4

          1.  Chronic Underperformance Is Sufficient to Establish Imprudence ...................... 5

          2.  Plaintiffs Need Not Allege Details About Defendants' Investment Processes ....... 7

          3.  Consistent Underperformance of the NT Funds Relative to Their Benchmarks
             and to the Comparator Funds Plausibly Evidences Fiduciary Imprudence ........... 9

          4.  The Court Should Reject Defendants' Deeply Flawed Factual Analysis ............. 11

          5.  NT's Custom Benchmarks Do Not Provide a Proper Basis for Evaluating the
             Performance of the NT Funds ............................................................... 12

          6.  Non-Performance Factors Cannot Justify the Selection and Retention of the
             NT Funds ........................................................................................ 13

     C.  Count II States a Plausible Claim for Failure to Monitor ......................................... 14

     D.  Plaintiffs Have Standing to Challenge All NT Funds ............................................. 15

IV.  **CONCLUSION** ........................................................................................................ 15

**Table of Authorities**

**Cases**

*Allen v. GreatBanc Tr. Co.*, 835 F.3d 670 (7th Cir. 2016) ................................................. 4, 7, 8, 14

*Ashcroft v. Iqbal*, 556 U.S. 662 (2009) ........................................................................................ 4

*Barchock v. CVS Health Corp.*, 886 F.3d 43 (1st Cir. 2018) ........................................................ 9

*Braden v. Wal-Mart Stores, Inc.*, 588 F.3d 585 (8th Cir. 2009) ............................................. 7, 14

*Briscoe v. Health Care Serv. Corp.*, 281 F. Supp. 3d 725 (N.D. Ill. 2017) .................................... 4

*Cunningham v. Cornell Univ.*, No. 16-CV-6525 (PKC), 2017 WL 4358769
  (S.D.N.Y. Sept. 29, 2017) ......................................................................................................... 5

*Daugherty v. Univ. of Chicago*, No. 17 C 3736, 2017 WL 4227942
  (N.D. Ill. Sept. 22, 2017) ...................................................................................... 5, 8, 10, 13

*Davis v. Washington Univ. in St. Louis*, No. 4:17-CV-1641 RLW, 2018 WL 4684244
  (E.D. Mo. Sept. 28, 2018) ......................................................................................................... 9

*DeBruyne v. Equitable Life Assur. Soc'y of U.S.*, 920 F.2d 457 (7th Cir. 1990) .......................... 8

*Diebold ex rel. ExxonMobil Sav. Plan v. N. Tr. Invs., N.A.*, No. 09 C 1934, 2010 WL 3700387
  (N.D. Ill. Sept. 7, 2010) ..................................................................................................... 6, 10

*Divane v. Nw. Univ.*, No. 16 C 8157, 2018 WL 2388118 (N.D. Ill. May 25, 2018) ..................... 8

*Fallick v. Nationwide Mut. Ins. Co.*, 162 F.3d 410 (6th Cir. 1998) ........................................... 15

*George v. Kraft Foods Glob., Inc.*, 674 F. Supp. 2d 1031 (N.D. Ill. 2009) .................................... 5

*George v. Kraft Foods Glob., Inc.*, 814 F. Supp. 2d 832 (N.D. Ill. 2011) ..................................... 1

*Hecker v. Deere & Co.*, 556 F.3d 575 (7th Cir. 2009) ................................................................. 14

*Henderson v. Emory Univ.*, 252 F. Supp. 3d 1344 (N.D. Ga. 2017) ............................... 5, 10, 12

*Howell v. Motorola, Inc.*, 633 F.3d 552 (7th Cir. 2011) ............................................................... 5

*In re Principal U.S. Prop. Account ERISA Litig.*, 274 F.R.D. 649 (S.D. Iowa 2011) ................. 15

*Jenkins v. Yager*, 444 F.3d 916 (7th Cir. 2006) ............................................................................ 8

*Karg v. Transamerica Corp.*, No. 18-CV-134-CJW-KEM, 2019 WL 3938471
  (N.D. Iowa Aug. 20, 2019) .................................................................................................. 5, 14

*Krueger v. Ameriprise Fin., Inc.*, No. 11-CV-02781 SRN/JSM, 2012 WL 5873825
  (D. Minn. Nov. 20, 2012) ........................................................................................................ 14

*Leber v. Citigroup 401(k) Plan Inv. Comm.*, 323 F.R.D. 145 (S.D.N.Y. 2017) .......................... 15

*McCauley v. City of Chicago*, 671 F.3d 611 (7th Cir. 2011) ....................................................... 13

*McDonald v. Edward D. Jones & Co.*, No. 4:16-cv-1346, 2017 WL 372101
  (E.D. Mo. Jan. 26, 2017) ......................................................................................................... 15

*Mehta v. Beaconridge Improvement Ass'n*, 432 F. App'x 614 (7th Cir. 2011) ............................. 4

*Moreno v. Deutsche Bank Ams. Holding Corp.*, No. 15 CIV. 9936 (LGS), 2016 WL 5957307
(S.D.N.Y. Oct. 13, 2016) ........................................................................................... 14

*Nelsen v. Principal Glob. Inv'rs Tr. Co.*, 362 F. Supp. 3d 627 (S.D. Iowa 2019) ......................... 5

*Nicolas v. Trustees of Princeton Univ.*, No. CV 17-3695, 2017 WL 4455897
(D.N.J. Sept. 25, 2017) ....................................................................................... 5, 10, 12

*Patterson v. Morgan Stanley*, No. 16-CV-6568 (RJS), 2019 WL 4934834
(S.D.N.Y. Oct. 7, 2019) .............................................................................................. 9

*Pension Ben. Guar. Corp. ex rel. St. Vincent Catholic Med. Centers Ret. Plan v. Morgan
Stanley Inv. Mgmt. Inc.*, 712 F.3d 705 (2d Cir. 2013) ................................................... 9

*Pizarro v. Home Depot*, No. 1:18-CV-01566-WR (N.D. Ga. Sept. 20, 2019) ........................... 5

*Renfro v. Unisys Corp.*, 671 F.3d 314 (3d Cir. 2011) .................................................... 9

*Sacerdote v. New York Univ.*, No. 16-CV-6284 (KBF), 2017 WL 3701482 (S.D.N.Y. Aug. 25,
2017), *reconsideration denied*, No. 16-CV-6284 (KBF), 2017 WL 4736740 (S.D.N.Y. Oct.
19, 2017) ................................................................................................................... 5

*SEC v. Bauer*, 723 F.3d 758 (7th Cir. 2013) ............................................................... 3

*Tibble v. Edison Int'l*, 135 S. Ct. 1823 (2015) ........................................................ 3, 7

*Troudt v. Oracle Corp.*, No. 16-CV-00175-REB-CBS, 2017 WL 1100876
(D. Colo. Mar. 22, 2017) ........................................................................................... 5

*Tussey v. ABB, Inc.*, 746 F.3d 327 (8th Cir. 2014) ...................................................... 2

*White v. Chevron Corp.*, No. 16-CV-0793-PJH, 2016 WL 4502808
(N.D. Cal. Aug. 29, 2016) ..................................................................................... 9, 14

## Statutes

29 U.S.C. § 1001 ......................................................................................................... 1

29 U.S.C. § 1104 ......................................................................................................... 5

## Other Authorities

Fiduciary Requirements for Disclosure in Participant-Directed Individual Account Plans,
75 Fed. Reg. 64,910 (Oct. 20, 2010) .................................................................... 12

Restatement (Third) of Trusts § 77 (2007) .................................................................. 6

## Regulations

29 C.F.R. § 2550.404a-1 ............................................................................................... 6

29 C.F.R. § 2550.404a-5 ....................................................................................... 10, 12

## I.    INTRODUCTION

The Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001–1461, serves to protect the "interests of participants in private pension plans." 29 U.S.C. § 1001(c). To that important end, the duties ERISA imposes on retirement plan fiduciaries are "the highest known to the law." *George v. Kraft Foods Glob., Inc.*, 814 F. Supp. 2d 832, 852 (N.D. Ill. 2011) (internal marks and citation omitted). This case involves persistent breaches of those duties by Defendants in their roles as fiduciaries of the Walgreen Profit-Sharing Retirement Plan ("Plan"), a 401(k)-type defined contribution plan.

Defendants were required to prudently select the investment options offered in the Plan, monitor all Plan investments, and remove investment options that became imprudent. As detailed in the Amended Class Action Complaint ("AC") (Dkt. 35), throughout the entire Class Period, Defendants breached these fiduciary duties by afflicting the Plan with a suite of poorly performing target date funds, the Northern Trust Focus Target Retirement Trusts ("NT Funds" or "Funds"). The NT Funds were underperforming relative to their benchmarks and comparator funds when Defendants first added the Funds to the Plan in 2013, and they predictably continued to woefully underperform throughout the Class Period.

In their motion to dismiss ("Mot.") (Dkt. 38), Defendants maintain that offering Plan participants what they now conveniently label as the "conservative" and "less expensive" NT Funds "does not give rise to a viable ERISA imprudence claim." Mot. at 1. Specifically, Defendants argue that, in the absence of direct allegations regarding the process Defendants employed in selecting and monitoring the challenged Funds, the Court cannot "plausibly infer imprudence," as neither the benchmarks that the Plan fiduciaries themselves selected nor the comparator funds cited in the AC are "apt" comparators against which to measure the performance of the NT Funds. In other words, Defendants position is that, as long as a fiduciary can in

1

"hindsight" characterize the investment option as "conservative," the fact that the investment underperformed its benchmark and available comparable investments, both at the time of selection and consistently thereafter, somehow still renders the fiduciary immune from liability under ERISA as a matter of law.

Defendants' arguments plainly fail for a number of reasons. First, simply characterizing (or mischaracterizing) the NT Funds as "conservative" investments provides no shield from fiduciary liability for selecting and retaining investments that consistently and substantially underperformed their identified benchmarks, not to mention available comparable alternatives. Second, perhaps even more importantly, Defendants' challenge to the benchmarks and comparators used by Plaintiffs raises a host of factual issues—which may well involve the Court's consideration of expert testimony—that simply cannot be resolved at the motion to dismiss stage. Finally, contrary to what Defendants' argue, case law is clear that Plaintiffs have standing to challenge all ten NT Funds, including the two funds in which no Plaintiff invested.

## II.    FACTUAL BACKGROUND

The Plan provides retirement income for over 100,000 Walgreen Co. employees, former employees, and their beneficiaries. AC, ¶ 42. In each year of the Class Period, the Plan's participants collectively invested millions of dollars in the Plan. As of 2019, the Plan had over $10 billion in assets. AC, ¶ 43.

As fiduciaries of the Plan, Defendants were responsible for selecting the Plan's investment options. AC, ¶¶ 2–3, 28–32, 42. In executing those responsibilities, Defendants selected the ten target date funds[1] at issue in this action: (1) Northern Trust Focus 2010 Fund; (2) Northern Trust

---

[1] Target date funds are investment options that are "dynamically managed to diversify a participant's portfolio across different funds and rebalanced to become more conservative as the participant nears a target retirement date." *Tussey v. ABB, Inc.*, 746 F.3d 327, 331 (8th Cir. 2014).

Focus 2015 Fund; (3) Northern Trust Focus 2020 Fund; (4) Northern Trust Focus 2025 Fund; (5) Northern Trust Focus 2030 Fund; (6) Northern Trust Focus 2035 Fund; (7) Northern Trust Focus 2040 Fund; (8) Northern Trust Focus 2045 Fund; Northern Trust Focus 2050 Fund; (10) Northern Trust Focus 2055 Fund. AC, ¶¶ 3, 5, 45, 48. Defendants added those funds to the Plan in 2013 despite a market teeming with better-performing alternatives, and despite the Funds' existing history of poor performance. AC, ¶¶ 5, 46, 50–51. At that time, the NT Funds had significantly underperformed their benchmark indexes and comparable target date funds ever since they were launched in 2010. AC, ¶¶ 5, 58–111.

Had Defendants exercised their "continuing duty" to monitor the Plan's investment options, AC, ¶¶ 3, 38, 45, 125; *Tibble v. Edison Int'l*, 135 S. Ct. 1823, 1828–29 (2015), they would have discovered that the NT Funds continued to underperform the S&P Target Date Index, which the Plan fiduciaries had selected as the appropriate benchmark, and that the NT Funds had performed worse than 70 to 90 percent of the funds determined to be comparable peer funds by Morningstar, a recognized leader in providing research to the investment management industry.[2] AC, ¶¶ 3, 5, 52, 54, 58–111. Not only did Defendants not remove any of the NT Funds from the Plan investment line-up, they doubled-down by making the NT Funds the Plan's default investment options, meaning that the Plan automatically invests participants' retirement savings in a NT Fund if they do not select another investment. AC, ¶¶ 6, 47, 53. The NT Funds now comprise 10 of the 24 investment options on the Plan and collectively hold over $3 billion in Plan assets, representing over 30% of the Plan's assets. AC, ¶¶ 7, 48. Had the Defendants initially selected comparable other, better performing funds, or replaced the NT Funds with comparable better performing funds at any time during the Class Period, the value of the Plan assets attributable to the target date funds

---

[2] Morningstar is "an independent provider of investment news and research." *SEC v. Bauer*, 723 F.3d 758, 774 (7th Cir. 2013).

would have substantially exceeded $3 billion. AC, ¶¶ 8–9, 52–54, 57–111.

## III.   ARGUMENT

### A.  Legal Standard

In evaluating a motion to dismiss under Fed. R. Civ. P. 12(b)(6), "the test is not whether the plaintiff will ultimately prevail, but rather whether the pleading is sufficient to cross [a] minimal threshold," *i.e.*, that the Plaintiff is entitled to the relief sought. *Mehta v. Beaconridge Improvement Ass'n*, 432 F. App'x 614, 616 (7th Cir. 2011). To cross this "minimal threshold," a plaintiff is merely required to provide "enough details about the subject matter of the case to present a story that holds together." *Id.* The Court merely "ask[s] whether the story could have happened, not whether it did." *Id*. To survive a motion to dismiss, "it is enough to provide the context necessary to show a plausible claim for relief," *Allen v. GreatBanc Tr. Co.*, 835 F.3d 670, 674 (7th Cir. 2016), or, as the Supreme Court said in *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), a plaintiff must allege sufficient factual content that plausibly indicates defendant is liable for the alleged conduct. In that regard, this Court "accepts all well-pleaded allegations as true and draws all reasonable inferences in Plaintiffs' favor." *Briscoe v. Health Care Serv. Corp.*, 281 F. Supp. 3d 725, 730 (N.D. Ill. 2017).

### B.  Count I States a Plausible Claim for Breach of the Duty of Prudence

In Count I of the AC, Plaintiffs charge Defendants with breaching their duties of prudence by selecting and retaining the chronically underperforming NT Funds as investment options in the Plan. Throughout their submission, Defendants rely on purported facts and conclusions outside of the AC that raise numerous disputed issues that cannot be resolved at this stage. This is by itself sufficient ground for denying Defendants' motion. Notwithstanding that fact, Plaintiffs' factual allegations in the AC more than sufficiently expose facts that plausibly suggest the Defendants breached their duties of prudence. Contrary to what Defendants would have the Court believe, (1) allegations of chronic underperformance, such as those put forward by Plaintiffs in the AC, are

4

sufficient to state a plausible claim for relief under 29 U.S.C. § 1104(a); (2) Plaintiffs identified proper comparators for the NT Funds; (3) Defendants' custom benchmarks do not provide a proper basis for assessing the performance of the NT Funds; and (4) the non-performance reasons offered by Defendants cannot justify the selection and inclusion of the NT Funds in the Plan.

### 1. Chronic Underperformance Is Sufficient to Establish Imprudence

ERISA's duty of prudence commands fiduciaries to act "with the care, skill, prudence, and diligence" of a prudent person "acting in a like capacity and familiar with such matters." 29 U.S.C. § 1104(a)(1)(B). Under this provision, it is "the fiduciary's responsibility . . . to screen investment alternatives and to ensure that imprudent options are not offered to plan participants." *Howell v. Motorola, Inc.*, 633 F.3d 552, 567 (7th Cir. 2011).

Plaintiffs' claim of imprudence rests on Defendants' initial selection and subsequent retention of the NT Funds despite the Funds' woeful underperformance, both at the time the Funds were selected and throughout the Class Period. AC, ¶¶ 5, 58–111. Courts have regularly found factual allegations detailing chronic underperformance of investment options, like those contained in the AC, sufficient to state a claim under 29 U.S.C. § 1104(a). *See Daugherty v. Univ. of Chicago*, No. 17 C 3736, 2017 WL 4227942, at *8 (N.D. Ill. Sept. 22, 2017) (denying motion to dismiss fiduciary breach claim where investment options "underperformed for years compared to industry standards"); *George v. Kraft Foods Glob., Inc.*, 674 F. Supp. 2d 1031, 1049 (N.D. Ill. 2009).[3]

---

[3] *See also Pizarro v. Home Depot*, No. 1:18-CV-01566-WR, slip op. at 5–10 (N.D. Ga. Sept. 20, 2019); *Karg v. Transamerica Corp.*, No. 18-CV-134-CJW-KEM, 2019 WL 3938471, at *4–7 (N.D. Iowa Aug. 20, 2019); *Nelsen v. Principal Glob. Inv'rs Tr. Co.*, 362 F. Supp. 3d 627, 637–41 (S.D. Iowa 2019); *Cunningham v. Cornell Univ.*, No. 16-CV-6525 (PKC), 2017 WL 4358769, at *6–7 (S.D.N.Y. Sept. 29, 2017); *Nicolas v. Trustees of Princeton Univ.*, No. CV 17-3695, 2017 WL 4455897, at *5 (D.N.J. Sept. 25, 2017); *Henderson v. Emory Univ.*, 252 F. Supp. 3d 1344, 1349–51 (N.D. Ga. 2017); *Sacerdote v. New York Univ.*, No. 16-CV-6284 (KBF), 2017 WL 3701482, at *10 (S.D.N.Y. Aug. 25, 2017), *reconsideration denied*, No. 16-CV-6284 (KBF), 2017 WL 4736740 (S.D.N.Y. Oct. 19, 2017); *Troudt v. Oracle Corp.*, No. 16-CV-00175-REB-CBS, 2017 WL 1100876, at *2 (D. Colo. Mar. 22, 2017).

Defendants nevertheless maintain that this case is different because the NT Funds are "conservative" investments and therefore somehow inherently prudent. Mot. at 1. Whether the NT Funds are "conservative" investments is not just a factual contention the Court cannot resolve on a motion to dismiss, it is also not supported by the exhibits Defendants attached to their submission. Indeed, Morningstar classifies the NT Funds as "moderate" on the risk scale, not "conservative."[4]

In any event, the claim that a conservative investment is inherently prudent is plainly untenable. An investment is not "conservative" because it underperforms expectations. A prudent investor does not single-mindedly seek to avoid risk, but instead considers both "the risk of loss *and the opportunity for gain* . . . associated with [an] investment." 29 C.F.R. § 2550.404a-1 (emphasis added). As the Restatement (Third) of Trusts § 77 cmt. b (2007) explains, "[t]he duty to act with caution does not, of course, mean the avoidance of all risk, but refers to a degree of caution that is reasonably appropriate or suitable." A conservative investment's performance will be measured against a similarly conservative benchmark; as detailed in the AC, the NT Funds underperformed relative to their appropriate "conservative" benchmarks.

To complement their misbegotten proposition that "conservative = prudent," Defendants erroneously assert that Plaintiffs' allegations rest on mere "hindsight evaluation of the NT Funds' performance," Mot. at 6. The allegations in the AC are, however, a far cry from "hindsight," as the AC details the "warning signs" existing at the time the NT Funds were selected and thereafter concerning the sorry performance of the NT Funds that "would have alerted a prudent fiduciary" to choose alternative investments. *Diebold ex rel. ExxonMobil Sav. Plan v. N. Tr. Invs., N.A.*, No. 09 C 1934, 2010 WL 3700387, at *4 (N.D. Ill. Sept. 7, 2010); AC, ¶¶ 54–111. As the AC points out, when the NT Funds were first selected, information available to Defendants revealed that the

---

[4] *See, e.g.*, Exhibit 1, pp. 1, 8 (noting that the NT Focus 2045 Fund is classified as "Mod[erate]" both under the Standard Index and the Category Index and described as having a "Moderate risk profile")

NT Funds underperformed relative to their benchmarks as well as to comparable target date funds. AC, ¶¶ 50–51. Once selected, the Funds continued to underperform—indeed, in the first two years the Funds were offered as part of the Plan, they underperformed relative to comparator funds by over $200 million. AC, ¶ 52. Annual data documenting the Funds' poor performance was readily available to Defendants, who were obligated to monitor the performance of the Plan's investment options and remove imprudent options. *Tibble*, 135 S. Ct. at 1828–29. A review of the available data would have disclosed that the NT Funds performed worse than the vast majority of the hundreds of funds within their respective Morningstar Category for the past 3-year and 5-year periods,[5] as those NT Funds whose performance was not rated in the bottom decile or quartile were clustered in the bottom half of target date funds. *See* AC, ¶¶ 62, 68, 74, 79, 85, 91, 97, 103, 109, 115. Defendants either failed to examine the relevant data, or chose to ignore what it revealed.

### 2. Plaintiffs Need Not Allege Details About Defendants' Investment Processes

Defendants erroneously maintain that Plaintiffs were required to allege details about fiduciaries' decision-making processes at the pleading stage. Mot. at 6–8. As the Seventh Circuit recently explained in *Allen v. GreatBanc Trust Co.*, plaintiffs' professed lack knowledge of the fiduciaries' process is exactly what a court should expect: "ERISA plaintiffs generally lack the inside information necessary to make out their claims in detail unless and until discovery commences." 835 F.3d at 678 (citing *Braden v. Wal-Mart Stores, Inc.*, 588 F.3d 585, 595 (8th Cir. 2009)). Given their structural lack of access to details about fiduciaries' decision-making, ERISA plaintiffs are not "required to describe directly the ways in which [defendants] breached their fiduciary duties," and it is "sufficient for a plaintiff to plead facts indirectly showing unlawful behavior." *Id*. Put differently, "an ERISA plaintiff alleging breach of fiduciary duty does not need

---

[5] Because the NT Funds have not been in existence for a full 10 years, 10-year rankings are not available.

7

to plead details to which she has no access, as long as the facts alleged tell a plausible story." *Id.* Plaintiffs have plainly met this burden, as the AC alleges facts that plausibly suggest Defendants failed to institute a process to adequately monitor, investigate, and evaluate the NT Funds. *Daugherty* 2017 WL 4227942, at *8.

The cases from this Circuit that Defendants rely upon for a contrary result lend no support to their position. Both *DeBruyne v. Equitable Life Assur. Soc'y of U.S.*, 920 F.2d 457 (7th Cir. 1990) and *Jenkins v. Yager*, 444 F.3d 916 (7th Cir. 2006), are summary judgment cases, and neither addresses the sufficiency of allegations of imprudence at the motion to dismiss stage—the issue before the Court. Indeed, in *Daugherty*, 2017 WL 4227942, at *8, this Court explicitly criticized reliance on *DeBruyne* at the motion to dismiss-stage. And neither *DeBruyne* nor *Jenkins* involved allegations of chronic underperformance. The plaintiffs in *DeBruyne* rested their imprudence claims on the assertions that the challenged funds "lost money during [a] crash" and were "not balanced in accordance with what a 'typical' balanced fund portfolio manager might have done," 920 F.2d at 465, and in *Jenkins* on three years of losses to the funds, without the suggestion of "any concrete course of action that would have been better than the one selected by [defendant]," 444 F.3d at 925–26. Here, Plaintiffs' claims rest on nine years of underperformance by the NT Funds, relative to the benchmarks and to the various alternative investment options Defendants could have selected. AC ¶¶ 67, 73, 78, 84, 90, 96, 102, 108, 114. Finally, *Divane v. Nw. Univ.*, No. 16 C 8157, 2018 WL 2388118 (N.D. Ill. May 25, 2018), does not involve allegations of imprudence based on under-performance, and thus has no relevance to this case.

Defendants' out-of-Circuit cases likewise fail to support their sweeping conclusion that persistent underperformance of investment options over a significant period does not raise a plausible inference an imprudent fiduciary process. First, Defendants' reliance on *Pension Ben.*

*Guar. Corp. ex rel. St. Vincent Catholic Med. Centers Ret. Plan v. Morgan Stanley Inv. Mgmt. Inc.*, 712 F.3d 705 (2d Cir. 2013), is misplaced, as the Second Circuit held that dismissal is inappropriate where, as here, a complaint makes plausible allegations "that a superior alternative investment was readily apparent such that an adequate investigation would have uncovered that alternative." 712 F.3d at 719. Second, *Renfro v. Unisys Corp.*, 671 F.3d 314 (3d Cir. 2011), did not involve allegations of imprudence due to underperformance, and thus has no bearing on this case. Third, *Barchock v. CVS Health Corp.*, 886 F.3d 43 (1st Cir. 2018), concerns the imprudence of asset allocation within a fund, rather than the choice to select and retain a fund, and thus likewise has no bearing on this matter. Fourth, Plaintiffs' allegations concerning underperformance of the entire suite of NT Funds over a period of 9 years, AC, ¶ 50, are clearly distinguishable from the allegations in *White v. Chevron Corp.*, No. 16-CV-0793-PJH, 2016 WL 4502808, at *16–17 (N.D. Cal. Aug. 29, 2016), which alleges that one of the funds underperformed for two to three years. Finally, *Davis v. Washington Univ. in St. Louis*, No. 4:17-CV-1641 RLW, 2018 WL 4684244 (E.D. Mo. Sept. 28, 2018), and *Patterson v. Morgan Stanley*, No. 16-CV-6568 (RJS), 2019 WL 4934834 (S.D.N.Y. Oct. 7, 2019), insofar as their holdings concur with Defendants' position, go against the clear weight of authority that directly addresses allegations similar to those at issue here. *See* fn. 3 and accompanying text.

### 3. Consistent Underperformance of the NT Funds Relative to Their Benchmarks and to the Comparator Funds Plausibly Evidences Fiduciary Imprudence

Plaintiffs' claims of imprudence rest on the persistent poor performance of the NT Funds relative to the S&P Target Date Index and three comparator target-date funds—Fidelity, T. Rowe Price, and Vanguard (the "Comparator Funds"). AC, ¶¶ 51, 56. Defendants claim the comparisons are "faulty," because the AC "lacks any facts demonstrating that [the Comparator Funds] are 'meaningful benchmarks,'" and the S&P Target Date Index is "all but useless." Mot. at 8.

Whether the Comparator Funds are "meaningful benchmarks" for the NT Funds is plainly a factual issue not properly decided at this stage. As this Court has noted, "whether a particular investment choice was imprudent is a particularly fact-sensitive inquiry that would not be appropriate to resolve on a motion to dismiss." *Diebold*, 2010 WL 3700387, at *3; *Daugherty*, 2017 WL 4227942, at *8 (quoting *Diebold*). This is particularly true where, as here, a "Defendant raises factual questions about whether the alternative funds Plaintiff suggests . . . are apt comparisons—and, therefore, whether the underperformance Plaintiff depicts is an accurate portrait." *Nicolas*, 2017 WL 4455897, at *5. Indeed, raising questions about the appropriateness of benchmarks "do[es] not warrant dismissal," but "to the contrary, the[se questions] suggest the need for further information." *Id.*; *see also Henderson*, 252 F. Supp. 3d at 1352 (holding that whether comparator funds present "proper benchmark can be more appropriately determined on summary judgment"). The fact-intensive nature of the imprudence inquiry, which will likely require expert testimony, is by itself sufficient ground for denying Defendants' motion.

Defendants' contention that the S&P Target Date Index does not provide a proper benchmark against which to measure the NT Funds' performance, Mot. at 12, contradicts the Plan's own disclosure documents, which identifies that Index as a benchmark for the Funds. AC, ¶ 50. Department of Labor ("DOL") regulations require that the investment performance of each investment option in an ERISA Plan be measured against "an appropriate broad-based securities market index." 29 C.F.R. § 2550.404a–5(d)(1)(iii). For its Plan disclosure documents, Defendants selected the S&P Target Date Indices as that broad-based securities market index. AC, ¶¶ 59, 65, 71, 77, 82, 88, 94, 100, 106, 112. By doing so, Defendants acknowledge that the Indices are widely used by the market as an appropriate benchmark for target date funds, like the Funds at issue here.

Morningstar, a widely recognized leader in the area of investment fund performance

analytics, conducts rigorous analyses that evaluates investment strategy, portfolio holdings, and fund construction to identify comparable funds within each of its investment styles or categories. AC, ¶ 51 fn.7. Based on its methodology, Morningstar placed the NT Funds and the Comparator Funds in the same investment category, making them meaningful comparators. AC, ¶¶ 51, 59, 65, 71, 77, 82, 88, 94, 100, 106, 112. Instead of accepting the facts as alleged in the AC, as the Court is required to do at this stage, Defendants' opposition relies on "facts" outside the AC to present an assessment of the Funds vastly different than painted by Morningstar, the recognized authority.

### 4. The Court Should Reject Defendants' Deeply Flawed Factual Analysis

Defendants efforts to differentiate the investment strategies of the NT Funds from those of the Comparator Funds based on individual portfolio analysis are not only flush with "facts" outside the Complaint and raise a factual issue that cannot be resolved at the motion to dismiss stage, but also steer a decidedly incorrect course. Defendants' self-serving and unsupported suggestion that a fund's inclusion in the same investment category/strategy requires an identical (as opposed to a similar) mix of investments flies in the face of Morningstar's widely accepted methodology. Under Defendants' theory, the performance of all funds within a given investment category would of necessity be nearly identical, and would therefore fail to provide a meaningful comparison.

Furthermore, various factual inaccuracies undermine the credibility of Defendants' argument. Most glaring is Defendants' challenge to the AC's use of Comparator Funds: While the AC relies on data from T. Rowe Price, and Vanguard Funds that are organized as collective bank sponsored trusts, Defendants present information concerning T. Rowe Price and Vanguard funds that are organized as mutual funds. *Compare* AC, ¶¶ 67, 69, 78, 82 *with* Defs.' Exhs. 5, 6. Bank trust funds and mutual fund are different legal entities, that typically have different investment portfolios, different portfolio turnover, different expense ratios, and different investment performance. Consequently, Defendants' reliance on two charts based on that "apples to oranges"-

11

comparison, Mot. at 11, is fundamentally misleading. Also, Defendants' related efforts to paint all the Vanguard Funds as having a greater international allocation than the NT Funds, Mot. at 10, is likewise mistaken, as the portfolio allocation to international securities of the Comparator Funds is comparable to that of the NT Funds.[6] These errors further reinforce that the factual issues raised by Defendants to support their motion cannot be resolved at this stage.

### 5. NT's Custom Benchmarks Do Not Provide a Proper Basis for Evaluating the Performance of the NT Funds

Defendants further argue that Plaintiffs' claim of imprudence fails because Plaintiffs did not consider the performance of the NT Funds relative to the customized benchmarks that NT has assembled for measuring the performance of the Funds. Mot. at 12–13. Defendants would have the Court conclude that the most appropriate benchmarks are the custom indices that NT created by blending no less than 18 separate indexes, without revealing how the mix of indices was weighted. *See* Defs' Exh. 3, at *5 (listing sources for Target Retirement 2010 Fund Benchmark). As a threshold matter, whether the custom benchmark that NT cobbled together from different indices is an appropriate measure is a question of fact that cannot be resolved at a motion to dismiss stage. *See Nicolas*, 2017 WL 4455897, at *5; *Henderson*, 252 F. Supp. 3d at 1352.

Defendants' understandable preference for the "custom benchmark" that NT confected runs headlong into the DOL's general rejection of custom benchmarks. In the Adopting Release for the regulation that governs mandatory Plan disclosures to participants, 29 C.F.R. § 2550.404a-5, the DOL observed that investment performance information could fall prey to "manipulation" and misleading presentations by a fund's investment adviser, underwriter or affiliate. *See* Fiduciary Requirements for Disclosure in Participant-Directed Individual Account Plans, 75 Fed. Reg.

---

[6] *Compare, e.g.* Exhibit 1, p. 1 (showing NT 2045 Fund with 36.74% non-US stocks) with Exhibit 2, p. 1 (showing Vanguard 2045 Fund with 34.21% non-US stocks).

64,910, 64,916–64,917 (Oct. 20, 2010). To avoid manipulation, the DOL mandated that a bench-mark should be a "broad-based securities market index," and that it may not be administered by an affiliate of the investment issuer, its investment adviser, or a principal underwriter, unless it is widely recognized and used. *Id*.

The Court should reject Defendants' effort to promote the custom benchmark as an appropriate measure of performance for the NT Funds for the same reason the DOL has: NT administers the NT Target Date Indices, which are not typically used or recognized outside the NT realm, and which can be easily manipulated by NT to suit their business and marketing needs, *i.e.*, to manufacture a performance and measure the benefits the Funds it markets provide.

### 6. Non-Performance Factors Cannot Justify the Selection and Retention of the NT Funds

As a last-ditch effort, Defendants' speculate that non-performance related factors could explain the decision to select and retain the NT Funds, and that the AC has not foreclosed that possibility. Mot. at 13–14. This speculation, like Defendants' other claims, raises factual issues not properly decided at this stage. *Daugherty*, 2017 WL 4227942, at *8. In any event, Plaintiffs are not required to rule out every conceivable explanation of Defendants' decisions. *See McCauley v. City of Chicago*, 671 F.3d 611, 625 (7th Cir. 2011) ("A plausible claim can seem less plausible or probable than the obvious alternative and still survive dismissal.").

Defendants are, of course, correct that fees and expenses associated with investment options are relevant considerations in evaluating whether that option is prudent. Mot. at 13–14. But that observation hardly cries out for the dismissal of the AC. Defendants suggest, for example, that the difference of seven basis points (0.06% versus 0.13%, or 0.07%) per year in fees and expenses between the NT Funds and the Vanguard funds presents a "valid reason" for the Plan's fiduciaries to select the former over the latter, Mot. at 14. Defendants' argument fails for lack of a

13

legitimate fee comparison among the funds, as they again compare the NT Funds to funds other than those named in the AC. Furthermore, the minor difference in fees between the NT Funds and the funds mistakenly presented by Defendants as Comparator Funds is dwarfed by the difference in performance. For example, the observable performance difference over the Class Period between the NT Funds and the real Vanguard Comparator Funds ranged from 4.82% to 12.18%, net of fees, in favor of Vanguard Funds. AC ¶¶ 67, 73, 78, 84, 90, 96, 102, 108, 114. Even assuming the fee comparisons are legitimate, which they are not, no prudent fiduciary would choose the less expensive chronically underperforming NT Funds over the slightly more expensive options, like the Vanguard Funds, that substantially outperformed the NT Funds. *See White*, 2016 WL 4502808, at *12 (inappropriate to compare distinct funds solely by cost since they can differ so significantly). As the Seventh Circuit observed in *Hecker v. Deere & Co.*, 556 F.3d 575, 586 (7th Cir. 2009), "nothing in ERISA requires every fiduciary to scour the market to find and offer the cheapest possible fund (which might, of course, be plagued by other problems)."[7] The NT Funds here were, of course, plagued by chronic underperformance, as detailed in the AC.

### C. Count II States a Plausible Claim for Failure to Monitor

Plaintiffs have also alleged that Defendants failed to monitor other Plan fiduciaries. AC, ¶¶ 138–41. Defendants contend that Plaintiffs failed to allege "facts about Walgreens' fiduciary monitoring process or how it was flawed." Mot. at 15. This is a mere reprise of Defendants' imprudence argument, and it fails for the same reasons. *See Allen*, 835 F.3d at 678; *Braden*, 588 F.3d at 595. Because the primary claim survives, the derivative claim also survives.[8]

---

[7] Defendants' further suggestion that the "plan participant demographics" may justify the decision to select and retain the NT Funds, Mot. at 14, fares no better, as Defendants do not even attempt to fill in details about the actual population of the Plan that would be necessary to evaluate this claim.

[8] *See, e.g.*, *Karg*, 2019 WL 3938471, at *8–9; *Moreno v. Deutsche Bank Ams. Holding Corp.*, No. 15 CIV. 9936 (LGS), 2016 WL 5957307, at *8 (S.D.N.Y. Oct. 13, 2016); *Krueger v. Ameriprise Fin., Inc.*, No. 11-CV-02781 SRN/JSM, 2012 WL 5873825, at *18 (D. Minn. Nov. 20, 2012).

### D. Plaintiffs Have Standing to Challenge All NT Funds

Finally, Defendants contention that Plaintiffs "lack standing to challenge the two NT Funds in which they did not personally invest" is without merit. Mot. at 15. Plaintiffs invested in 8 of the 10 NT Funds. AC, ¶¶ 12–27. The injury Plaintiffs suffered as a result of Defendants' imprudence in managing this suite of funds is plainly sufficient for Article III standing to challenge all NT Funds offered to Plan participants. Courts across the country have recognized that a plan participant who has suffered an injury-in-fact as a result of fiduciaries' unlawful conduct may seek relief under ERISA on behalf of both the plan and plan participants as a class, and thereby challenge funds in which the participant did not invest. As the Sixth Circuit stated in *Fallick v. Nationwide Mut. Ins. Co.*, 162 F.3d 410, 423 (6th Cir. 1998), "once a potential ERISA class representative establishes his individual standing to sue his own ERISA-governed plan, there is no additional constitutional standing requirement related to his suitability to represent the putative class of members of other plans to which he does not belong." Applying that extra-plan proposition to the intra-plan standing question, the court in *Leber v. Citigroup 401(k) Plan Inv. Comm.*, 323 F.R.D. 145, 156 (S.D.N.Y. 2017), held that "[t]he fact that only some . . . alleged losses manifested themselves in the named plaintiffs' individual accounts does not deprive plaintiffs of their standing to seek redress on behalf of the Plan for the broader injuries the Plan incurred."[9] To hold otherwise would "confuse[] the issue of a plaintiff's standing under Article III vis-à-vis a defendant with the relationship between a potential class representative and absent class members." *Fallick*, 162 F.3d at 422.

## IV. CONCLUSION

For the foregoing reasons, the Court should deny Defendants' Motion to Dismiss. To the extent the Court finds any allegations insufficient to state a claim, Plaintiffs request leave to amend.

---

[9] *See also McDonald v. Edward D. Jones & Co.*, No. 4:16-cv-1346, 2017 WL 372101, at *2 (E.D. Mo. Jan. 26, 2017); *In re Principal U.S. Prop. Account ERISA Litig.*, 274 F.R.D. 649, 652–58 (S.D. Iowa 2011).

Dated:  December 6, 2019          /s/ Erich P. Schork

         Ben Barnow
         Erich P. Schork
         Anthony Parkhill
         **BARNOW AND ASSOCIATES, PC**
         205 West Randolph St., Suite 1630
         Chicago, IL 60606
         Telephone:   (312) 621-2000
         Facsimile:    (312) 641-5504
         b.barnow@barnowlaw.com
         e.schork@barnowlaw.com
         aparkhill@barnowlaw.com

         Charles Field (admitted *pro hac vice*)
         **SANFORD HEISLER SHARP, LLP**
         655 West Broadway, Suite 1700
         San Diego, CA 92101
         Telephone:   (619) 577-4242
         Facsimile:    (619) 577-4250
         cfield@sanfordheisler.com

         Kevin Sharp (admitted *pro hac vice*)
         **SANFORD HEISLER SHARP, LLP**
         61 Commerce Street, Suite 3100
         Nashville, TN 37203
         Telephone:   (615) 434-7000
         Facsimile:    (615) 434-7020
         ksharp@sanfordheisler.com

         Paul Blankenstein (admitted *pro hac vice*)
         Robert Van Someren Greve (*pro hac vice* pending)
         **SANFORD HEISLER SHARP, LLP**
         700 Pennsylvania Avenue SE, Suite 300
         Washington, DC 20003
         Telephone:   (202) 499-5213
         Facsimile:    (202) 499-5199
         pblankenstein@sanfordheisler.com
         rvansomerengreve@sanfordheisler.com

         David Tracey (admitted *pro hac vice*)
         **SANFORD HEISLER SHARP, LLP**
         1350 Avenue of the Americas, 31st Floor
         New York, NY 10019
         Telephone:   (646) 402-5650
         Facsimile:    (646) 402-5651
         dtracey@sanfordheisler.com

*Counsel for Plaintiffs and the putative class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed a true and correct copy of the foregoing *Plaintiffs' Opposition to Defendants' Motion to Dismiss* with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to all counsel of record.

This 6th day of December, 2019.

<u>/s/ Charles Field</u>

Charles Field
**SANFORD HEISLER SHARP, LLP**
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone:   (619) 577-4242
Facsimile:    (619) 577-4250
cfield@sanfordheisler.com

# Exhibit 1

Release date 05-31-2019 | Note: Portions of the analysis are based on pre-inception returns. Please read disclosure for more information.

# NT Focus 2045 Fund - Tier W (USD)

| | | | |
|---|---|---|---|
| **Overall Morningstar Rating™** | **Standard Index** | **Category Index** | **Morningstar Category™** |
| ★★ | Morningstar Mod | Morningstar | Target-Date 2045 |
| 181 Target-Date 2045 | Tgt Risk TR USD | Lifetime Mod 2045 TR USD | |

## Portfolio Manager(s)

Management Team Since 02-01-2010

## Rating and Risk

| Time Period | # of Funds in Cat | Morningstar Rtn vs Cat | Morningstar Risk vs Cat | Morningstar Rating |
|---|---|---|---|---|
| 3 Yr | 181 | -Avg | -Avg | 3★ |
| 5 Yr | 144 | Low | -Avg | 2★ |
| 10 Yr | 74 | — | — | — |

## Net Performance 05-31-2019

| | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
|---|---|---|---|---|---|
| 2015 | 2.15 | 0.36 | -8.20 | 3.13 | -2.95 |
| 2016 | 0.97 | 1.94 | 4.59 | 0.85 | 8.57 |
| 2017 | 5.53 | 3.58 | 4.62 | 4.74 | 19.79 |
| 2018 | -0.68 | 0.76 | 3.05 | -10.91 | -8.13 |
| 2019 | 11.21 | — | — | — | — |

| Trailing | Total Return % | +/- Std Index | % Rank Cat | Growth of $10,000 |
|---|---|---|---|---|
| 1 Mo | -5.20 | — | 49 | 9480 |
| 3 Mo | -1.38 | — | 72 | 9862 |
| 1 Yr | -1.00 | — | 62 | 9900 |
| 3 Yr | 7.95 | — | 78 | 12578 |
| 5 Yr | 4.43 | — | 95 | 12418 |

## Risk and Return Profile 3 Yr

| | Standard Index | Best Fit Index Morningstar Lifetime Mod 2055 TR USD |
|---|---|---|
| Alpha | -1.31 | -0.33 |
| Beta | 1.41 | 0.92 |
| R-Squared | 97.95 | 99.13 |
| Standard Deviation | 9.28 | |
| Mean | 7.95 | |
| Sharpe Ratio | 0.72 | |
| 12-Month Yield | — | |

**Growth of $10,000**
- NT Focus 2045 Fund - Tier W 20,146
- Category Average 22,201
- Standard Index 19,372

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 05-19 | History |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | — | — | — | -3.03 | 15.00 | 18.37 | 3.35 | -2.95 | 8.57 | 19.79 | -8.13 | 8.34 | Total Return % |
| | — | — | — | -3.63 | 2.95 | 4.06 | -1.53 | -1.16 | 0.00 | 5.13 | -3.37 | — | +/- Standard Index |
| | — | — | — | 0.15 | -0.84 | -4.70 | -1.89 | 0.00 | -2.27 | -0.74 | 0.04 | — | +/- Category Index |
| | — | — | — | — | — | — | — | — | — | 76 | 53 | — | Total Rtn % Rank Cat |
| | — | — | — | — | — | — | — | — | — | 208 | 221 | — | No. of Funds in Cat |
| | — | — | — | — | — | — | — | — | — | — | — | 83.00 | Std Dev of Accounts |
| | — | — | — | — | — | — | — | — | — | 459 | — | 459 | Product Assets $mil |

## Portfolio Analysis 03-31-2019

| Composition % | Net % | Long % | Short % |
|---|---|---|---|
| Cash | 0.62 | 0.62 | 0.00 |
| US Stocks | 41.60 | 41.60 | 0.00 |
| Non-US Stocks | 36.74 | 36.74 | 0.00 |
| Bonds | 11.43 | 11.43 | 0.00 |
| Other/Not Clsfd | 9.62 | 9.62 | 0.00 |
| Total | 100.00 | 100.00 | 0.00 |

| | Share Chg since 12-2018 | Share Amount | Holdings : 8,838 Total Stocks , 6,658 Total Fixed-Income, 13% Turnover Ratio | Net Assets |
|---|---|---|---|---|
| ⊕ | | 2 mil | NT US IMI Fund - DC - NL - Tier J | 40.94 |
| ⊕ | | 2 mil | NT ACWI ex-US IMI Fd - DC - NL - T | 35.78 |
| ☼ | | 615,605 | Northern Tr Invts Collective Fds Tr | 7.47 |
| ⊕ | | 1 mil | NT High Yield Fixed Income Fund | 5.62 |
| ⊖ | | 319,652 | NT Agg Bond Index Fund - NL - Tier | 5.30 |
| ⊖ | | 77,692 | NT Global RE Index Fd - DC - NL - | 1.94 |
| ☼ | | 151,045 | Northern Tr Invts Collective Fds Tr | 1.88 |
| ⊖ | | 87,209 | NT 1-10 Yr TIPS Index Fund - NL - | 1.07 |
| ⊖ | | 0 | NT TIPS Index Fund - Non-Lending | 0.00 |
| ⊕ | | 0 | NT Commodities Fund - NL | 0.00 |

### Equity Style

| | Market Cap | Rel |
|---|---|---|
| | Giant | 44.8 |
| | Large | 30.4 |
| | Medium | 18.4 |
| | Small | 5.7 |
| | Micro | 0.6 |
| | Geo Avg Cap($mil) | 37,552.3 |

| Value Grades | % | Growth Grades | % |
|---|---|---|---|
| Price/Earnings | 16.29 | Projected Erngs | 10.24 |
| Price/Book | 2.00 | Cash Flow | 8.01 |
| Price/Sales | 1.48 | | |
| Price/Cash Flow | 10.54 | | |
| Dividend Yield | 2.76 | | |

### Fixed-Income Style

| | |
|---|---|
| Avg Eff Duration | 4.99 |
| Avg Eff Maturity | 7.78 |
| Avg Wtd Coupon | 4.82 |
| Avg Wtd Price | — |

| Sector Weightings | Stocks % | Rel Std Index |
|---|---|---|
| ᔈ **Cyclical** | **40.7** | **0.98** |
| 🔲 Basic Materials | 5.3 | 1.12 |
| 🔲 Consumer Cyclical | 11.6 | 1.03 |
| 🔲 Financial Services | 17.4 | 1.00 |
| 🔲 Real Estate | 6.4 | 0.78 |
| ᔈ **Sensitive** | **36.4** | **1.02** |
| 🔲 Communication Services | 3.5 | 1.01 |
| 🔲 Energy | 5.7 | 1.06 |
| 🔲 Industrials | 10.7 | 0.96 |
| 🔲 Technology | 16.5 | 1.04 |
| ᔈ **Defensive** | **22.9** | **1.02** |
| 🔲 Consumer Defensive | 8.1 | 1.00 |
| 🔲 Healthcare | 11.6 | 1.09 |
| 🔲 Utilities | 3.2 | 0.84 |

| Account Size Breakdown | Total Account Value($mil) | Number of Accounts |
|---|---|---|
| Less than $250,000 | — | — |
| $250,000 - $1 million | — | — |
| $1 million - $10 million | — | — |
| More than $10 million | — | — |

## Operations

| | | | | | |
|---|---|---|---|---|---|
| Product Focus: | Institutional | Address: | 50 South LaSalle Street | Date of Inception: | 2013-01-25 |
| Investment Minimum( $mil): | — | Phone: | 1-877-651-9156 | GIPS Compliance Date: | — |
| % Portfolios Customized: | — | Web Address: | www.northerntrust.com | No. of Accounts: | — |
| % Portfolio Tax-Managed: | — | | | Total Asset - Share Class: | $458.58 mil |

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.

MORNINGSTAR

# Standardized and Tax Adjusted Returns Disclosure Statement

*The performance data quoted represents past performance and does not guarantee future results. The investment return and principal value of an investment will fluctuate; thus an investor's shares, when redeemed, may be worth more or less than their original cost. Current performance may be lower or higher than return data quoted herein. For performance data current to the most recent month-end please visit http://advisor.morningstar.com/familyinfo.asp.*

Standardized Returns assume reinvestment of dividends and capital gains. They depict performance without adjusting for the effects of taxation, but are adjusted to reflect sales charges and ongoing fund expenses.

If adjusted for taxation, the performance quoted would be significantly reduced. For variable annuities, additional expenses will be taken into account, including M&E risk charges, fund-level expenses such as management fees and operating fees, contract-level administration fees, and charges such as surrender, contract, and sales charges. The maximum redemption fee is the maximum amount a fund may charge if redeemed in a specific time period after the fund's purchase.

After-tax returns are calculated using the highest individual federal marginal income tax rates, and do not reflect the impact of state and local taxes. Actual after-tax returns depend on the investor's tax situation and may differ from those shown. The after-tax returns shown are not relevant to investors who hold their fund shares through tax-deferred arrangements such as 401(k) plans or an IRA. After-tax returns exclude the effects of either the alternative minimum tax or phase-out of certain tax credits. Any taxes due are as of the time the distributions are made, and the taxable amount and tax character of each distribution are as specified by the fund on the dividend declaration date. Due to foreign tax credits or realized capital losses, after-tax returns may be greater than before-tax returns. After-tax returns for exchange-traded funds are based on net asset value.

**Money Market Fund Disclosures**

If money market fund(s) are included in the Standardized Returns table below, each money market fund's name will be followed by a superscripted letter that links it to the applicable disclosure below:

***Institutional Money Market Funds (designated by an "S"):***
*You could lose money by investing in the fund. Because the share price of the fund will fluctuate, when you sell your shares they may be worth more or less than what you originally paid for them. The fund may impose a fee upon sale of your shares or may temporarily suspend your ability to sell shares if the fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The fund's sponsor has no legal obligation to provide financial support to the fund, and you should not expect that the sponsor will provide financial support to the fund at any time.*

***Government Money Market Funds that have chosen to rely on the ability to impose liquidity fees and suspend redemptions (designated by an "L") and***
***Retail Money Market Funds (designated by an "L"):***
*You could lose money by investing in the fund. Although the fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. The fund may impose a fee upon sale of your shares or may temporarily suspend your ability to sell shares if the fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The fund's sponsor has no legal obligation to provide financial support to the fund, and you should not expect that the sponsor will provide financial support to the fund at any time.*

***Government Money Market Funds that have chosen not to rely on the ability to impose liquidity fees and suspend redemptions (designated by an "N"):***
*You could lose money by investing in the fund. Although the fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The fund's sponsor has no legal obligation to provide financial support to the fund, and you should not expect that the sponsor will provide financial support to the fund at any time.*

| Annualized returns 06-30-2019 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Standardized Returns (%)** | 7-day Yield Subsidized *as of date* | 7-day Yield Unsubsidized *as of date* | 1Yr | 5Yr | 10Yr | Since Inception | Inception Date | **Max Front Load %** | **Max Back Load %** | **Net Exp Ratio %** | **Gross Exp Ratio %** Redemption % Max |
| NT Focus 2045 Fund - Tier W | — | — | — | — | — | — | 01-25-2013 | **NA** | **NA** | 0.05 | 0.05 NA |
| **BBgBarc US Agg Bond TR USD** | | | 7.87 | 2.95 | 3.90 | — | 01-01-1976 | | | | |
| **Morningstar Lifetime Mod 2045 TR USD** | | | 5.75 | 6.26 | 11.08 | — | 02-18-2009 | | | | |
| **Morningstar Lifetime Mod 2055 TR USD** | | | 5.46 | 6.08 | 10.90 | — | 02-18-2009 | | | | |
| **Morningstar Mod Tgt Risk TR USD** | | | 7.08 | 5.29 | 8.61 | — | 02-18-2009 | | | | |
| **MSCI EAFE NR USD** | | | 1.08 | 2.25 | 6.90 | — | 03-31-1986 | | | | |

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



**Annualized returns** 06-30-2019

| Standardized Returns (%) | 7-day Yield Subsidized as of date | 7-day Yield Unsubsidized as of date | 1Yr | 5Yr | 10Yr | Since Inception | Inception Date | Max Front Load % | Max Back Load % | Net Exp Ratio % | Gross Exp Ratio % | Max Redemption % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S&P 500 TR USD | | | 10.42 | 10.71 | 14.70 | — | 09-11-1989 | | | | | |
| USTREAS T-Bill Auction Ave 3 Mon | | | 2.36 | 0.92 | 0.50 | — | 02-28-1941 | | | | | |

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



# Collective Investment Trust
# Detail Report Disclosure Statement

The Collective Investment Trust Detail Report is supplemental sales literature, and therefore must be preceded or accompanied by a fund's Declaration of Trust, offering documents, disclosure documents, or other equivalent statements for important information. Please read this information carefully. In all cases, this disclosure statement should accompany the Collective Investment Trust Detail Report. Morningstar is not itself a FINRA-member firm.

**The Collective Investment Trust Detail Report may only be used by retirement plan sponsors, consultants, and advisors.**

A collective investment trust (CIT or fund) may also be called a commingled or collective fund. CITs are tax-exempt, pooled investment vehicles maintained by a bank or trust company exclusively for qualified plans, including 401(k)s, and certain types of government plans. CITs 81-100 trusts that are unregistered investment vehicles subject to either state banking regulations or if nationally chartered banking regulations of the Office of the Comptroller of the Currency (OCC). CITs are not available to the general public, but are managed only for specific retirement plans. CITs are exempt from regulation and/or registration by the Securities and Exchange Commission under the Investment Company Act of 1940, as amended, the Securities Act of 1933, as amended, and the securities regulations of any state or other jurisdiction. CITs are not mutual funds and are not sold by prospectus.

All data presented is based on the most recent information available to Morningstar as of the release date and may or may not be an accurate reflection of current data for securities included in the fund's portfolio. There is no assurance that the data will remain the same.

Risk measures (such as alpha, beta, r-squared, standard deviation, mean, or Sharpe ratio) are calculated for securities or portfolios that have at least a three-year history.

Most Morningstar rankings do not include any adjustment for one-time sales charges, or loads. Morningstar does publish load-adjusted returns, and ranks such returns within a Morningstar Category in certain reports. The total returns for ETFs and fund share classes without one-time loads are equal to Morningstar's calculation of load-adjusted returns. Share classes that are subject to one-time loads relating to advice or sales commissions have their returns adjusted as part of the load-adjusted return calculation to reflect those loads.

## Performance

The performance data given represents past performance and should not be considered indicative of future results. Principal value and investment return will fluctuate, so that an investor's shares, when sold, may be worth more or less than the original investment. Fund portfolio statistics change over time. Funds are not FDIC-insured, may lose value, and are not guaranteed by a bank or other financial institution.

Morningstar calculates after-tax returns using the highest applicable federal marginal income tax rate plus the Medicare surcharge. As of 2016, this rate is 39.6% plus 0.9% Medicare surcharge, or 40.5%, this has been unchanged since 2013. This rate changes periodically in accordance with changes in federal law.

## 12-Month Yield

12 Month Yield is derived by summing the trailing 12-months income

distributions and dividing the sum by the last month's ending NAV, plus any capital gains distributed over the same period. Income refers only to interest payments from fixed-income securities and dividend payoffs from common stocks.

## Alpha

Alpha is a measure of the difference between a security or portfolio's actual returns and its expected performance, given its level of risk (as measured by beta.) Alpha is often seen as a measure of the value added or subtracted by a portfolio manager.

## Asset Allocation

Asset Allocation reflects asset class weightings of the portfolio. The "Other" category includes security types that are not neatly classified in the other asset classes, such as convertible bonds and preferred stocks, or cannot be classified by Morningstar as a result of missing data. Morningstar may display asset allocation data in several ways, including tables or pie charts. In addition, Morningstar may compare the asset class breakdown of the fund against its three-year average, category average, and/or index proxy.

Asset allocations shown in tables may include a breakdown among the long, short, and net (long positions net of short) positions. These statistics summarize what the fund's managers are buying and how they are positioning the fund's portfolio. When short positions are captured in these portfolio statistics, investors get a more robust description of the fund's exposure and risk. Long positions involve buying the security outright and selling it later, with the hope the security's price rises over time. Short positions are taken with the hope of benefitting from anticipated price declines. The investor borrows the security from another investor, sells it and receives cash, and then is obligated to buy it back at some point in the future. If the price falls after the short sale, the investor will have sold high and can buy low to close the short position and lock in a profit. However, if the price of the security increases after the short sale, the investor will experience a loss buying it at a higher price than the sale price.

Most fund portfolios hold fairly conventional securities, such as long positions in equities and bonds. Morningstar may generate a colored pie chart for these portfolios. Other portfolios use other investment strategies or securities, such as short positions or derivatives, in an attempt to reduce transaction costs, enhance returns, or reduce risk. Some of these securities and strategies behave like conventional securities, while other have unique return and risk characteristics. Portfolios that incorporate investment strategies resulting in short positions or portfolio with relatively exotic derivative positions often report data to Morningstar that does not meet the parameters of the calculation underlying a pie chart's generation. Because of the nature of how these securities are reported to Morningstar, we may not always get complete portfolio information to report asset allocation. Morningstar, at its discretion, may determine if unidentified characteristics of fund holdings are material. Asset allocation and other breakdowns may be rescaled accordingly so that percentages total to 100 percent. (Morningstar used discretion to determine if unidentified characteristics of fund holdings are material, pie charts and other breakdowns may rescale identified characteristics to 100% for more intuitive presentation.)

Note that all other portfolio statistics presented in this report are based on the long (or long rescaled) holdings of the fund only.

## Average Effective Duration

Duration is a time measure of a bond's interest-rate sensitivity. Average effective duration is a weighted average of the duration of the fixed- income securities within a portfolio.

## Average Effective Maturity

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



Average Effective Maturity is a weighted average of the maturities of all bonds in a portfolio.

## Average Weighted Coupon
A coupon is the fixed annual percentage paid out on a bond. The average weighted coupon is the asset-weighted coupon of each bond in the portfolio.

## Average Weighted Price
Average Weighted Price is the asset-weighted price of bonds held in a portfolio, expressed as a percentage of par (face) value. This number reveals if the portfolio favors bonds selling at prices above or below par value (premium or discount securities respectively.)

## Best Fit Index
Alpha, beta, and R-squared statistics are presented for a broad market index and a "best fit" index. The Best Fit Index identified in this report was determined by Morningstar by calculating R-squared for the fund against approximately 100 indexes tracked by Morningstar. The index representing the highest R-squared is identified as the best fit index. The best fit index may not be the fund's benchmark, nor does it necessarily contain the types of securities that may be held by the fund or portfolio.

## Beta
Beta is a measure of a security or portfolio's sensitivity to market movements (proxied using an index.) A beta of greater than 1 indicates more volatility than the market, and a beta of less than 1 indicates less volatility than the market.

## Book Value
The Book Value growth rate is a measure of how the book value per share (BVPS) has grown over the last five years. For portfolios, this data point is the share-weighted collective book value growth rate for all stocks in the current portfolio.

## Cash Flow
The Cash Flow growth rate is a measure of how the cash flow per share (CFPS) has grown over the last three to five years. For portfolios, this data point is the share-weighted collective cash flow growth for all stocks in the current portfolio.

## Dividend Yield
Dividend Yield is the annual percentage of return earned and is determined by dividing the amount of annual dividends per share by the current market price per share.

## Expense Ratio %
The expense ratio is the annual fee that all funds charge their shareholders. It expresses the percentage of assets deducted each fiscal year for fund expenses, including 12b-1 fees, management fees, administrative costs, operating costs, and all other asset-based costs incurred by the fund. Portfolio transaction fees, or brokerage costs, as well as front-end or deferred sales charges are not included in the expense ratio. The expense ratio, which is deducted from the fund's average net assets, is accrued on a daily basis. The gross expense ratio, in contrast to the net expense ratio, does not reflect any fee waivers in effect during the time period.

## Geometric Average Market Capitalization
Geometric Average Market Capitalization is a measure of the size of the companies in which a portfolio invests.

## Growth of 10,000
For funds, this graph compares the growth of an investment of 10,000 (in the base currency of the fund) with that of an index and/or with that of the average

for all funds in its Morningstar Category. The total returns are not adjusted to reflect sales charges or the effects of taxation but are adjusted to reflect actual ongoing fund expenses, and they assume reinvestment of dividends and capital gains. If adjusted, effects of sales charges and taxation would reduce the performance quoted. If pre-inception data is included in the analysis, it will be graphed.

The index in the Growth of 10,000 graph is an unmanaged portfolio of specified securities and cannot be invested in directly. The index does not reflect any initial or ongoing expenses. A fund's portfolio may differ significantly from the securities in the index. The index is chosen by Morningstar.

## Mean
Mean is the annualized geometric return for the period shown.

## Morningstar Category
Morningstar Category is assigned by placing funds into peer groups based on their underlying holdings. The underlying securities in each portfolio are the primary factor in our analysis as the investment objective and investment strategy stated in a fund's prospectus may not be sufficiently detailed for our proprietary classification methodology. Funds are placed in a category based on their portfolio statistics and compositions over the past three years. Analysis of performance and other indicative facts are also considered. If the fund is new and has no portfolio history, Morningstar estimates where it will fall before giving it a permanent category assignment. Categories may be changed based on recent changes to the portfolio.

## Morningstar Rank
Morningstar Rank is the total return percentile rank within each Morningstar Category. The highest (or most favorable) percentile rank is zero and the lowest (or least favorable) percentile rank is 100. Historical percentile ranks are based on a snapshot of a fund at the time of calculation.

## Morningstar Rating™
The Morningstar Rating™ is provided for those collective investment trusts (CITs) with at least a three-year history. Ratings are based on the CIT's Morningstar Risk-Adjusted Return measure which accounts for variation in monthly performance, placing more emphasis on downward variations and rewarding consistent performance. The Morningstar Rating does not include any adjustment for sales loads. Morningstar compares each CIT's risk-adjusted return against the breakpoints for the exchange-traded fund and open-end mutual fund universe for that category. The top 10% of exchange- traded and open-end mutual funds in each category receive 5 stars, the next 22.5% receive 4 stars, the next 35% receive 3 stars, the next 22.5% receive 2 stars and the bottom 10% receive 1 star. The CIT's Morningstar Rating does not affect the retail fund data published by Morningstar.

## Morningstar Return
The Morningstar Return rates a fund's performance relative to other managed products in its Morningstar Category. It is an assessment of a product's excess return over a risk-free rate (the return of the 90-day Treasury Bill) in comparison with the products in its Morningstar category. In each Morningstar category, the top 10% of products earn a High Morningstar Return (High), the next 22.5% Above Average (+Avg), the middle 35% Average (Avg), the next 22.5% Below Average (-Ave), and the bottom 10% Low (Low). Morningstar Return is measured for up to three time periods (three, five, and 10 years). These separate measures are then weighted and averaged to produce an overall measure for the product. Products with less than three years of performance history are not rated.

## Morningstar Risk
Morningstar Risk evaluates a fund's downside volatility relative to that of other

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



products in its Morningstar Category. It is an assessment of the variations in monthly returns, with an emphasis on downside variation, in comparison with the products in its Morningstar category. In each Morningstar category, the 10% of products with the lowest measured risk are described as Low Risk (Low), the next 22.5% Below Average (-Avg), the middle 35% Average (Avg), the next 22.5% Above Average (+Avg), and the top 10% High (High). Morningstar Risk is measured for up to three time periods (three, five, and 10 years). These separate measures are then weighted and averaged to produce an overall measure for the product. Products with less than three years of performance history are not rated.

**Morningstar Style Box™**

The Morningstar Style Box™ reveals a fund's investment strategy as of the date noted on this report.

For equity funds, the vertical axis shows the market capitalization of the long stocks owned, and the horizontal axis shows the investment style (value, blend, or growth.) A darkened square in the style box indicates the weighted average style of the portfolio.

For fixed-income funds, the vertical axis shows the credit quality of the long bonds owned and the horizontal axis shows interest-rate sensitivity as measured by a bond's effective duration. Morningstar seeks credit rating information from fund companies on a periodic basis (for example, quarterly). In compiling credit rating information, Morningstar accepts credit ratings reported by fund companies that have been issued by all Nationally Recognized Statistical Rating Organizations. For a list of all NRSROs, please visit http://www.sec.gov/divisions/marketreg/ ratingagency.htm. Additionally, Morningstar accepts foreign credit  ratings from widely recognized or registered rating agencies. If two rating organizations/ agencies have rated a security, fund companies are to report the lower rating; if three or more organizations/agencies have rated a security, fund companies are to report the median rating; and in cases where there are more than two organization/agency ratings and a median rating does not exist, fund companies are to use the lower of the two middle ratings.

Please Note: Morningstar, Inc. is not an NRSRO nor does it issue a credit rating on the fund. NRSRO or rating agency ratings can change from time to time.

For credit quality, Morningstar combines the credit rating information provided by the fund companies with an average default rate calculation to come up with a weighted-average credit quality. The weighted-average credit quality is currently a letter that roughly corresponds to the scale used by a leading NRSRO. Bond funds are assigned a style box placement of "low" "medium" or "high" based on their average credit quality. Funds with a "low" credit quality are those whose weighted-average credit quality is determined to be less than "BBB-"; "medium"  are those less than "AA-", but greater or equal to "BBB-"; and "high" are those with a weighted-average credit quality of "AA-" or higher. When classifying a bond portfolio, Morningstar first maps the NRSRO credit ratings of the underlying holdings to their respective default rates (as determined by Morningstar's analysis of actual historical default rates). Morningstar then averages these default rates to determine the average default rate for the entire bond fund. Finally, Morningstar maps this average default rate to its corresponding credit rating along a convex curve.

For interest-rate sensitivity, Morningstar obtains from fund companies the average effective duration. Generally, Morningstar classifies a fixed-income fund's interest-rate sensitivity based on the effective duration of the Morningstar Core Bond Index, which is currently three years. The classification of Limited will be assigned to those funds whose average effective duration is between 25% to 75% of MCBI's average effective duration; funds whose average effective duration are between 75% to 125% of the MCBI will be

classified as Moderate; and those that are at 125% or greater of the average effective duration of the MCBI will be classified as Extensive.

For municipal-bond funds, Morningstar also obtains from fund companies the average effective duration. In these cases, static breakpoints are used. These breakpoints are as follows: (i) Limited: 4.5 years or less; (ii) Moderate: more than 4.5 years but less than 7 years; and (iii) Extensive: more than 7 years. In addition, for non-U.S. taxable and non-U.S. domiciled fixed-income funds, static duration breakpoints are used: (i) Limited: less than or equal to 3.5 years; (ii) Moderate: more than 3.5 years but less than or equal to 6 years; (iii) Extensive: more than 6 years.

Interest-rate sensitivity for non-U.S. domiciled funds (excluding funds in convertible categories) may be measured with modified duration when effective duration is not available.

**P/B Ratio TTM**

The Price/Book Ratio (or P/B Ratio) for a fund is the weighted average of the P/B Ratio of the stocks in its portfolio. Book value is the total assets of a company, less total liabilities. The P/B ratio of a company is calculated by dividing the market price of its outstanding stock by the company's book value, and then adjusting for the number of shares outstanding. Stocks with negative book values are excluded from this calculation. It shows approximately how much an investor is paying for a company's assets based on historical valuations.

**P/C Ratio TTM**

The Price/Cash Flow Ratio (or P/C Ratio) for a fund is the weighted average of the P/C Ratio of the stocks in its portfolio. The P/C Ratio of a stock represents the ability of a company to generate cash and acts as a gauge of liquidity and solvency.

**P/E Ratio TTM**

The Price/Earnings Ratio (or P/E Ratio) for a fund is the weighted average of the P/E Ratios of the stocks in its portfolio. The P/E Ratio of a stock is the stock's current price divided by the company's trailing 12-month earnings per share. A high P/E Ratio usually indicates the market will pay more to obtain the company's earnings because it believes in the company's abilities to increase their earnings. A low P/E Ratio indicates the market has less confidence that the company's earnings will increase, however value investors may believe such stocks have an overlooked or undervalued potential for appreciation.

**P/S Ratio TTM**

The Price/Sales Ratio (or P/S Ratio) for a fund is the weighted average of the P/S Ratio of the stocks in its portfolio. Price/sales represents the amount an investor is willing to pay for a dollar generated from a particular company's operations.

**Percentile Rank in Category**

Percentile Rank is a standardized way of ranking items within a peer group, in this case, funds within the same Morningstar Category. The observation with the largest numerical value is ranked zero the observation with the smallest numerical value is ranked 100. The remaining observations are placed equal distance from one another on the rating scale. Note that lower percentile ranks are generally more favorable for returns (high returns), while higher percentile ranks are generally more favorable for risk measures (low risk).

**Performance Quartile**

Performance Quartile reflects a fund's Morningstar Rank.

**Projected Earnings**

The long-term Projected Earnings growth rate is the average of the available third-party analysts estimates for three- to five-year EPS growth. For portfolios,

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



this data point is the share-weighted average of the projected earnings growth estimates for all stocks in a portfolios.

### R-Squared
R-Squared is the percentage of a security or portfolio's return movements that are explained by movements in its benchmark index, showing the degree of correlation between the security or portfolio and the benchmark. This figure is helpful in assessing how likely it is that beta and alpha are statistically significant. A value of 1 indicates perfect correlation between the security or portfolio and its benchmark. The lower the R-squared value, the lower the correlation.

### Sales
The Sales growth rate is a measure of how the sales per share (SPS) has grown over the last five years. For portfolios, this data point is the share- weighted collective sales growth for all stocks in the current portfolio.

### Sector Weightings
Super Sectors represent Morningstar's broadest classification of equity sectors by assigning the 11 equity sectors into three classifications. The Cyclical Super Sector includes industries significantly impacted by economic shifts, and the stocks included in these sectors generally have betas greater than 1. The Defensive Super Sector generally includes industries that are relatively immune to economic cycles, and the stocks in these industries generally have betas less than 1. The Sensitive Super Sector includes industries that ebb and flow with the overall economy, but not severely so. Stocks in the Sensitive Super Sector generally have betas that are close to 1.

### Share Change
Shares Change represents the number of shares of a stock bought or sold by a fund since the previously reported portfolio of the fund.

### Sharpe Ratio
Sharpe Ratio uses standard deviation and excess return (a measure of a security or portfolio's return in excess of the U.S. Treasury three-month Treasury Bill) to determine the reward per unit of risk.

### Standard Deviation
Standard deviation is a statistical measure of the volatility of the security or portfolio's returns. The larger the standard deviation, the greater the volatility of return.

### Standardized Returns
Standardized Return applies the methodology described in the Standardized Returns page of this report. Standardized Return is calculated through the most recent calendar-quarter end for one-year, five-year, 10-year, and/or since-inception periods, and it demonstrates the impact of sales charges (if applicable) and ongoing fund expenses. Standardized Return reflects the return an investor may have experience if the security was purchased at the beginning of the period and sold at the end, incurring transaction charges.

### Total Return
Total Return, or "Non Load-Adjusted Return", reflects performance without adjusting for sales charges (if applicable) or the effects of taxation, but it is adjusted to reflect all actual ongoing security expenses and assumes reinvestment of dividends and capital gains. It is the return an investor would have experienced if the fund was held throughout the period. If adjusted for sales charges and the effects of taxation, the performance quoted would be significantly reduced.

Total Return +/- indicates how a fund has performed relative to its peers (as measure by its Standard Index and/or Morningstar Category Index) over the time periods shown.

### Trailing Earnings
The Trailing Earnings growth rate is a measure of how the earnings per share (EPS) has grown over the last five years. Morningstar uses EPS from continuing operations to calculate this growth rate. For portfolios, this data point is the share-weighted collective earnings growth for all stocks in the current portfolio.

### Trailing Returns
Standardized Return applies the methodology described in the Standardized Returns page of this report. Standardized Return is calculated through the most recent calendar-quarter end for one-year, five-year, 10-year, and/or since-inception periods, and it demonstrates the impact of sales charges (if applicable) and ongoing fund expenses. Standardized Return reflects the return an investor may have experienced if the fund was purchased at the beginning of the period and sold at the end, incurring transaction charges.

Load-Adjusted Monthly Return is calculated applying the same methodology as Standardized Return, except that it represents return through month-end. As with Standardized Return, it reflects the impact of sales charges and ongoing fund expenses, but not taxation. If adjusted for the effects of taxation, the performance quoted would be significantly different.

Trailing Return +/- indicates how a fund has performed relative to its peers (as measure by its Standard Index and/or Morningstar Category Index) over the time periods shown.

# Investment Risks

International/Emerging Market Equities:  Investing in international securities involves special additional risks. These risks include, but are not limited to, currency risk, political risk, and risk associated with varying accounting standards. Investing in emerging markets may accentuate these risks.

Sector Strategies: Portfolios that invest exclusively in one sector or industry involve additional risks. The lack of industry diversification subjects the investor to increased industry-specific risks.

Non-Diversified Strategies: Portfolios that invest a significant percentage of assets in a single issuer involve additional risks, including share price fluctuations, because of the increased concentration of investments.

Small Cap Equities:  Portfolios that invest in stocks of small companies involve additional risks. Smaller companies typically have a higher risk of failure, and are not as well established as larger blue-chip companies. Historically, smaller-company stocks have experienced a greater degree of market volatility than the overall market average.

Mid Cap Equities: Portfolios that invest in companies with market capitalization below  $10 billion involve additional risks. The securities of these companies may be more volatile and less liquid than the securities of larger companies.

High-Yield Bonds:  Portfolios that invest in lower-rated debt securities (commonly referred to as junk bonds) involve additional risks because of the lower credit quality of the securities in the portfolio. The investor should be aware of the possible higher level of volatility, and increased risk of default.

Tax-Free Municipal Bonds: The investor should note that the income from tax-free municipal bond funds may be subject to state and local taxation and the Alternative Minimum Tax.

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



Bonds: Bonds are subject to interest rate risk. As the prevailing level of bond interest rates rise, the value of bonds already held in a portfolio declines. Portfolios that hold bonds are subject to declines and increases in value due to general changes in interest rates.

HOLDRs: The investor should note that these are narrow industry-focused products that, if the industry is hit by hard times, will lack diversification and possible loss of investment would be likely. These securities can trade at a discount to market price, ownership is of a fractional share interest, the underlying investments may not be representative of the particular industry, the HOLDR might be delisted from the AMEX if the number of underlying companies drops below nine, and the investor may experience trading halts.

Hedge Funds: The investor should note that hedge fund investing involves specialized risks that are dependent upon the type of strategies undertaken by the manager. This can include distressed or event-driven strategies, long/short strategies, using arbitrage (exploiting price inefficiencies), international investing, and use of leverage, options and/or derivatives. Although the goal of hedge fund managers may be to reduce volatility and produce positive absolute return under a variety of market conditions, hedge funds may involve a high degree of risk and are suitable only for investors of substantial financial means who could bear the entire loss of their investment.

Bank Loan/Senior Debt: Bank loans and senior loans are impacted by the risks associated with fixed income in general, including interest rate risk and default risk. They are often non-investment grade; therefore, the risk of default is high. These securities are also relatively illiquid. Managed products that invest in bank loans/senior debt are often highly leveraged, producing a high risk of return volatility.

Exchange Traded Notes (ETNs): ETNs are unsecured debt obligations. Any repayment of notes is subject to the issuer's ability to repay its obligations. ETNs do not typically pay interest.

Leveraged ETFs: Leveraged investments are designed to meet multiples of the return performance of the index they track and seek to meet their fund objectives on a daily basis (or other time period stated within the prospectus objective). The leverage/gearing ratio is the amount of excess return that a leveraged investment is designed to achieve in comparison to its index performance (i.e. 200%, 300%, -200%, or -300% or 2X, 3X, -2X, -3X). Compounding has the ability to affect the performance of the fund to be either greater or less than the index performance multiplied by the multiple stated within the funds objective over a stated time period.

Short Positions: When a short position moves in an unfavorable way, the losses are theoretically unlimited. The broker may demand more collateral and a manager might have to close out a short position at an inopportune time to limit further losses.

Long-Short: Due to the strategies used by long-short funds, which may include but are not limited to leverage, short selling, short-term trading, and investing in derivatives, these funds may have greater risk, volatility, and expenses than those focusing on traditional investment strategies.

Liquidity Risk: Closed-end fund, ETF, and HOLDR trading may be halted due to market conditions, impacting an investor's ability to sell a fund.

Market Price Risk: The market price of ETFs, HOLDRs, and closed-end funds traded on the secondary market is subject to the forces of supply and demand and thus independent of the NAV. This can result in the market price trading at a premium or discount to the NAV, which will affect an investor's value.

Market Risk: The market prices of ETFs and HOLDRs can fluctuate as a result of several factors, such as security-specific factors or general investor sentiment. Therefore, investors should be aware of the prospect of market fluctuations and the impact it may have on the market price.

Target-Date Funds: Target-date funds typically invest in other mutual funds and are designed for investors who are planning to retire during the target date year. The fund's target date is the approximate date when investors expect to begin withdrawing their money. A target-date fund's investment objective/strategy typically becomes more conservative over time, primarily by reducing its allocation to equity mutual funds and increasing its allocations in fixed-income mutual funds. An investor's principal value in a target-date fund is not guaranteed at any time, including at the fund's target date.

High double- and triple-digit returns: High double- and triple-digit returns were the result of extremely favorable market conditions, which may not continue to be the case. High returns for short time periods must not be a major factor when making investment decisions.

# Benchmark Disclosure

### BBgBarc US Agg Bond TR USD
This index is composed of the BarCap Government/Credit Index, the Mortgage-Backed Securities Index, and the Asset-Backed Securities Index. The returns we publish for the index are total returns, which includes the daily reinvestment of dividends. The constituents displayed for this index are from the following proxy: iShares Core US Aggregate Bond ETF.

### Morningstar Lifetime Mod 2045 TR USD
The Morningstar Lifetime Moderate 2045 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is about 35 years away from retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

### Morningstar Lifetime Mod 2055 TR USD
The Morningstar Lifetime Moderate 2055 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is about 45 years away from retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

### Morningstar Mod Tgt Risk TR USD
The Morningstar Moderate Target Risk Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in a static allocation appropriate for U.S. investors who seek average exposure to equity market risk and returns.

### MSCI EAFE NR USD
This Europe, Australasia, and Far East index is a market-capitalization-weighted index of 21 non-U.S., industrialized country indexes.

This disclosure applies to all MSCI indices: Certain information included herein is derived by Morningstar in part from MSCI's Index Constituents (the "Index Data"). However, MSCI has not reviewed any information contained herein and does not endorse or express any opinion such information or analysis. MSCI does not make any express or implied warranties, representations or guarantees concerning the Index Data or any information or data derived therefrom, and in no event will MSCI have any liability for any direct, indirect, special, punitive,

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



consequential or any other damages (including lost profits) relating to any use of this information.

### S&P 500 TR USD
A market capitalization-weighted index composed of the 500 most widely held stocks whose assets and/or revenues are based in the US; it's often used as a proxy for the U.S. stock market. TR (Total Return) indexes include daily reinvestment of dividends. The constituents displayed for this index are from the following proxy: iShares Core S&P 500 ETF.

### USTREAS T-Bill Auction Ave 3 Mon
Three-month T-bills are government-backed, short-term investments considered to be risk-free and as good as cash because the maturity is only three months. Morningstar collects yields on the T-bill on a weekly basis from the Wall Street Journal.

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



# Exhibit 2

Release date 06-30-2019

Page 1 of 9

# Vanguard Target Retire 2045 Trust I (USD)

| | |
|---|---|
| **Overall Morningstar Rating™** ★★★★★ 181 Target-Date 2045 | **Standard Index** Morningstar Mod Tgt Risk TR USD |
| **Category Index** Morningstar Lifetime Mod 2045 TR USD | **Morningstar Category™** Target-Date 2045 |

### Portfolio Manager(s)

Michael Buek Since 02-28-2013, William Coleman Since 02-28-2013, Walter Nejman Since 02-28-2013

### Rating and Risk

| Time Period | # of Funds in Cat | Morningstar Rtn vs Cat | Morningstar Risk vs Cat | Morningstar Rating |
|---|---|---|---|---|
| 3 Yr | 181 | +Avg | Avg | 4★ |
| 5 Yr | 144 | +Avg | Avg | 4★ |
| 10 Yr | 74 | +Avg | -Avg | 5★ |

### Net Performance 06-30-2019

| | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
|---|---|---|---|---|---|
| 2015 | 2.41 | 0.13 | -7.87 | 4.30 | -1.47 |
| 2016 | 0.84 | 1.80 | 4.83 | 1.23 | 8.94 |
| 2017 | 6.22 | 3.86 | 4.67 | 5.24 | 21.52 |
| 2018 | -0.55 | 0.95 | 4.01 | -11.77 | -7.86 |
| 2019 | 11.53 | 3.51 | — | — | — |

| Trailing | Total Return % | +/- Std Index | % Rank Cat | Growth of $10,000 |
|---|---|---|---|---|
| 1 Mo | 5.98 | 1.68 | 29 | 10598 |
| 3 Mo | 3.51 | 0.38 | 37 | 10351 |
| 1 Yr | 5.94 | -1.15 | 31 | 10594 |
| 3 Yr | 11.11 | 2.81 | 21 | 13717 |
| 5 Yr | 6.94 | 1.65 | 13 | 13987 |
| 10 Yr | 11.34 | 2.73 | 13 | 29274 |

### Risk and Return Profile 3 Yr

| | Standard Index | Best Fit Index Morningstar Agg Tgt Risk TR USD |
|---|---|---|
| Alpha | -0.51 | -0.18 |
| Beta | 1.50 | 0.95 |
| R-Squared | 98.31 | 99.61 |
| Standard Deviation | 10.36 | |
| Mean | 11.11 | |
| Sharpe Ratio | 0.93 | |
| 12-Month Yield | | |

### Growth of $10,000

- Vanguard Target Retire 2045 Trust I 20,248
- Category Average 15,894
- Standard Index 15,283

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 06-19 | **Performance Quartile** (within category) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | **History** |
| Total Return % | -34.68 | 28.55 | 15.31 | -2.46 | 15.74 | 24.44 | 7.29 | -1.47 | 8.94 | 21.52 | -7.86 | 15.44 | |
| +/- Standard Index | -12.49 | 6.77 | 2.98 | -3.05 | 3.70 | 10.13 | 2.40 | 0.32 | 0.35 | 3.06 | -3.10 | 3.36 | |
| +/- Category Index | 1.59 | -3.77 | -1.45 | 0.73 | -0.10 | 1.27 | 2.04 | 1.56 | -1.90 | 0.99 | 0.30 | -0.20 | |
| Total Rtn % Rank Cat | 12 | 77 | 35 | 13 | 36 | 25 | 12 | 41 | 37 | 30 | 40 | — | |
| No. of Funds in Cat | 92 | 115 | 125 | 139 | 145 | 180 | 181 | 185 | 206 | 195 | 208 | 221 | 234 |
| Std Dev of Accounts | — | — | — | — | — | — | — | — | — | — | — | 42.00 | |
| Product Assets $mil | 23 | 46 | 228 | — | — | 2130 | 2412 | 2764 | 3287 | 4737 | 4546 | 5891 | |

### Portfolio Analysis 05-31-2019

| Composition % | Net % | Long % | Short % |
|---|---|---|---|
| Cash | 2.06 | 2.06 | 0.00 |
| US Stocks | 53.04 | 53.04 | 0.00 |
| Non-US Stocks | 34.21 | 34.21 | 0.00 |
| Bonds | 10.35 | 10.36 | 0.00 |
| Other/Not Clsfd | 0.33 | 0.33 | 0.00 |
| Total | 100.00 | 100.00 | 0.00 |

| Equity Style | | Market Cap | Rel |
|---|---|---|---|
| | | Giant | 45.3 |
| | | Large | 30.2 |
| | | Medium | 18.2 |
| | | Small | 5.5 |
| | | Micro | 0.8 |
| | | Geo Avg Cap($mil) | 40,324.4 |

| Value Grades | % | Growth Grades | % |
|---|---|---|---|
| Price/Earnings | 16.17 | Projected Erngs | 10.20 |
| Price/Book | 2.03 | Book Value | 4.42 |
| Price/Sales | 1.45 | Sales | 3.96 |
| Price/Cash Flow | 10.38 | Cash Flow | 8.24 |
| Dividend Yield | 2.69 | Trailing Earnings | 9.92 |

| Fixed-Income Style | |
|---|---|
| Avg Eff Duration | 6.53 |
| Avg Eff Maturity | 8.58 |
| Avg Wtd Coupon | 2.94 |
| Avg Wtd Price | — |

| Account Size Breakdown | Total Account Value($mil) | Number of Accounts |
|---|---|---|
| Less than $250,000 | — | — |
| $250,000 - $1 million | — | — |
| $1 million - $10 million | — | — |
| More than $10 million | — | — |

| | Share Chg since 04-2019 | Share Amount | Holdings : 9,420 Total Stocks , 13,788 Total Fixed-Income, 0% Turnover Ratio | Net Assets % |
|---|---|---|---|---|
| ⊕ | | 128 mil | Vanguard Total Stock Mkt Idx Instl | 53.71 |
| ⊕ | | 101 mil | Vanguard Total Intl Stock Idx Inst | 35.68 |
| ⊝ | | 213 mil | Vanguard Total Bond Market II Idx I | 7.52 |
| ⊕ | | 28 mil | Vanguard Total Intl Bd Idx Institu | 3.06 |

| Sector Weightings | | Stocks % | Rel Std Index |
|---|---|---|---|
| ⟳ | **Cyclical** | **38.6** | **0.93** |
| | Basic Materials | 4.9 | 1.03 |
| | Consumer Cyclical | 12.1 | 1.07 |
| | Financial Services | 17.7 | 1.01 |
| | Real Estate | 4.0 | 0.49 |
| ⟲ | **Sensitive** | **39.1** | **1.09** |
| | Communication Services | 3.3 | 0.97 |
| | Energy | 5.6 | 1.05 |
| | Industrials | 11.4 | 1.03 |
| | Technology | 18.7 | 1.18 |
| → | **Defensive** | **22.3** | **0.99** |
| | Consumer Defensive | 7.9 | 0.98 |
| | Healthcare | 11.2 | 1.06 |
| | Utilities | 3.2 | 0.82 |

### Operations

| | | | |
|---|---|---|---|
| Product Focus: | Institutional | Address: | The Vanguard Group Inc. P.O. Box 2600 |
| Investment Minimum( $mil): | — | Phone: | — |
| % Portfolios Customized: | — | Web Address: | — |
| % Portfolio Tax-Managed: | — | | |

| | |
|---|---|
| Date of Inception: | 2007-06-28 |
| GIPS Compliance Date: | — |
| No. of Accounts: | 0 |
| Total Asset - Share Class: | $5,891.34 mil |

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.

**MORNINGSTAR®**

# Standardized and Tax Adjusted Returns Disclosure Statement

*The performance data quoted represents past performance and does not guarantee future results. The investment return and principal value of an investment will fluctuate; thus an investor's shares, when redeemed, may be worth more or less than their original cost. Current performance may be lower or higher than return data quoted herein. For performance data current to the most recent month-end please visit http://advisor.morningstar.com/familyinfo.asp.*

Standardized Returns assume reinvestment of dividends and capital gains. They depict performance without adjusting for the effects of taxation, but are adjusted to reflect sales charges and ongoing fund expenses.

If adjusted for taxation, the performance quoted would be significantly reduced. For variable annuities, additional expenses will be taken into account, including M&E risk charges, fund-level expenses such as management fees and operating fees, contract-level administration fees, and charges such as surrender, contract, and sales charges. The maximum redemption fee is the maximum amount a fund may charge if redeemed in a specific time period after the fund's purchase.

After-tax returns are calculated using the highest individual federal marginal income tax rates, and do not reflect the impact of state and local taxes. Actual after-tax returns depend on the investor's tax situation and may differ from those shown. The after-tax returns shown are not relevant to investors who hold their fund shares through tax-deferred arrangements such as 401(k) plans or an IRA. After-tax returns exclude the effects of either the alternative minimum tax or phase-out of certain tax credits. Any taxes due are as of the time the distributions are made, and the taxable amount and tax character of each distribution are as specified by the fund on the dividend declaration date. Due to foreign tax credits or realized capital losses, after-tax returns may be greater than before-tax returns. After-tax returns for exchange-traded funds are based on net asset value.

**Money Market Fund Disclosures**

If money market fund(s) are included in the Standardized Returns table below, each money market fund's name will be followed by a superscripted letter that links it to the applicable disclosure below:

**Institutional Money Market Funds (designated by an "S"):**
*You could lose money by investing in the fund. Because the share price of the fund will fluctuate, when you sell your shares they may be worth more or less than what you originally paid for them. The fund may impose a fee upon sale of your shares or may temporarily suspend your ability to sell shares if the fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The fund's sponsor has no legal obligation to provide financial support to the fund, and you should not expect that the sponsor will provide financial support to the fund at any time.*

**Government Money Market Funds that have chosen to rely on the ability to impose liquidity fees and suspend redemptions (designated by an "L") and**
**Retail Money Market Funds (designated by an "L"):**
*You could lose money by investing in the fund. Although the fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. The fund may impose a fee upon sale of your shares or may temporarily suspend your ability to sell shares if the fund's liquidity falls below required minimums because of market conditions or other factors. An investment in the fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The fund's sponsor has no legal obligation to provide financial support to the fund, and you should not expect that the sponsor will provide financial support to the fund at any time.*

**Government Money Market Funds that have chosen not to rely on the ability to impose liquidity fees and suspend redemptions (designated by an "N"):**
*You could lose money by investing in the fund. Although the fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The fund's sponsor has no legal obligation to provide financial support to the fund, and you should not expect that the sponsor will provide financial support to the fund at any time.*

| Annualized returns 06-30-2019 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Standardized Returns (%) | 7-day Yield Subsidized *as of date* | 7-day Yield Unsubsidized *as of date* | 1Yr | 5Yr | 10Yr | Since Inception | Inception Date | Max Front Load % | Max Back Load % | Net Exp Ratio % | Gross Exp Ratio % | Max Redemption % |
| Vanguard Target Retire 2045 Trust I | — | — | — | — | — | — | 06-28-2007 | NA | NA | NA | NA | NA |
| **BBgBarc US Agg Bond TR USD** | | | 7.87 | 2.95 | 3.90 | — | 01-01-1976 | | | | | |
| **Morningstar Agg Tgt Risk TR USD** | | | 6.08 | 6.76 | 11.46 | — | 02-18-2009 | | | | | |
| **Morningstar Lifetime Mod 2045 TR USD** | | | 5.75 | 6.26 | 11.08 | — | 02-18-2009 | | | | | |
| **Morningstar Mod Tgt Risk TR USD** | | | 7.08 | 5.29 | 8.61 | — | 02-18-2009 | | | | | |
| **MSCI EAFE NR USD** | | | 1.08 | 2.25 | 6.90 | — | 03-31-1986 | | | | | |

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



Release date 06-30-2019

**Annualized returns** 06-30-2019

| Standardized Returns (%) | 7-day Yield Subsidized as of date | 7-day Yield Unsubsidized as of date | 1Yr | 5Yr | 10Yr | Since Inception | Inception Date | Max Front Load % | Max Back Load % | Net Exp Ratio % | Gross Exp Ratio % | Max Redemption % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S&P 500 TR USD | | | 10.42 | 10.71 | 14.70 | — | 09-11-1989 | | | | | |
| USTREAS T-Bill Auction Ave 3 Mon | | | 2.36 | 0.92 | 0.50 | — | 02-28-1941 | | | | | |

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



# Collective Investment Trust
# Detail Report Disclosure Statement

The Collective Investment Trust Detail Report is supplemental sales literature, and therefore must be preceded or accompanied by a fund's Declaration of Trust, offering documents, disclosure documents, or other equivalent statements for important information. Please read this information carefully. In all cases, this disclosure statement should accompany the Collective Investment Trust Detail Report. Morningstar is not itself a FINRA-member firm.

**The Collective Investment Trust Detail Report may only be used by retirement plan sponsors, consultants, and advisors.**

A collective investment trust (CIT or fund) may also be called a commingled or collective fund. CITs are tax-exempt, pooled investment vehicles maintained by a bank or trust company exclusively for qualified plans, including 401(k)s, and certain types of government plans. CITs 81-100 trusts that are unregistered investment vehicles subject to either state banking regulations or if nationally chartered banking regulations of the Office of the Comptroller of the Currency (OCC). CITs are not available to the general public, but are managed only for specific retirement plans. CITs are exempt from regulation and/or registration by the Securities and Exchange Commission under the Investment Company Act of 1940, as amended, the Securities Act of 1933, as amended, and the securities regulations of any state or other jurisdiction. CITs are not mutual funds and are not sold by prospectus.

All data presented is based on the most recent information available to Morningstar as of the release date and may or may not be an accurate reflection of current data for securities included in the fund's portfolio. There is no assurance that the data will remain the same.

Risk measures (such as alpha, beta, r-squared, standard deviation, mean, or Sharpe ratio) are calculated for securities or portfolios that have at least a three-year history.

Most Morningstar rankings do not include any adjustment for one-time sales charges, or loads. Morningstar does publish load-adjusted returns, and ranks such returns within a Morningstar Category in certain reports. The total returns for ETFs and fund share classes without one-time loads are equal to Morningstar's calculation of load-adjusted returns. Share classes that are subject to one-time loads relating to advice or sales commissions have their returns adjusted as part of the load-adjusted return calculation to reflect those loads.

## Performance
The performance data given represents past performance and should not be considered indicative of future results. Principal value and investment return will fluctuate, so that an investor's shares, when sold, may be worth more or less than the original investment. Fund portfolio statistics change over time. Funds are not FDIC-insured, may lose value, and are not guaranteed by a bank or other financial institution.

Morningstar calculates after-tax returns using the highest applicable federal marginal income tax rate plus the Medicare surcharge. As of 2016, this rate is 39.6% plus 0.9% Medicare surcharge, or 40.5%, this has been unchanged since 2013. This rate changes periodically in accordance with changes in federal law.

## 12-Month Yield
12 Month Yield is derived by summing the trailing 12-months income

distributions and dividing the sum by the last month's ending NAV, plus any capital gains distributed over the same period. Income refers only to interest payments from fixed-income securities and dividend payoffs from common stocks.

## Alpha
Alpha is a measure of the difference between a security or portfolio's actual returns and its expected performance, given its level of risk (as measured by beta.) Alpha is often seen as a measure of the value added or subtracted by a portfolio manager.

## Asset Allocation
Asset Allocation reflects asset class weightings of the portfolio. The "Other" category includes security types that are not neatly classified in the other asset classes, such as convertible bonds and preferred stocks, or cannot be classified by Morningstar as a result of missing data. Morningstar may display asset allocation data in several ways, including tables or pie charts. In addition, Morningstar may compare the asset class breakdown of the fund against its three-year average, category average, and/or index proxy.

Asset allocations shown in tables may include a breakdown among the long, short, and net (long positions net of short) positions. These statistics summarize what the fund's managers are buying and how they are positioning the fund's portfolio. When short positions are captured in these portfolio statistics, investors get a more robust description of the fund's exposure and risk. Long positions involve buying the security outright and selling it later, with the hope the security's price rises over time. Short positions are taken with the hope of benefitting from anticipated price declines. The investor borrows the security from another investor, sells it and receives cash, and then is obligated to buy it back at some point in the future. If the price falls after the short sale, the investor will have sold high and can buy low to close the short position and lock in a profit. However, if the price of the security increases after the short sale, the investor will experience a loss buying it at a higher price than the sale price.

Most fund portfolios hold fairly conventional securities, such as long positions in equities and bonds. Morningstar may generate a colored pie chart for these portfolios. Other portfolios use other investment strategies or securities, such as short positions or derivatives, in an attempt to reduce transaction costs, enhance returns, or reduce risk. Some of these securities and strategies behave like conventional securities, while other have unique return and risk characteristics. Portfolios that incorporate investment strategies resulting in short positions or portfolio with relatively exotic derivative positions often report data to Morningstar that does not meet the parameters of the calculation underlying a pie chart's generation. Because of the nature of how these securities are reported to Morningstar, we may not always get complete portfolio information to report asset allocation. Morningstar, at its discretion, may determine if unidentified characteristics of fund holdings are material. Asset allocation and other breakdowns may be rescaled accordingly so that percentages total to 100 percent. (Morningstar used discretion to determine if unidentified characteristics of fund holdings are material, pie charts and other breakdowns may rescale identified characteristics to 100% for more intuitive presentation.)

Note that all other portfolio statistics presented in this report are based on the long (or long rescaled) holdings of the fund only.

## Average Effective Duration
Duration is a time measure of a bond's interest-rate sensitivity. Average effective duration is a weighted average of the duration of the fixed- income securities within a portfolio.

## Average Effective Maturity

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



Average Effective Maturity is a weighted average of the maturities of all bonds in a portfolio.

**Average Weighted Coupon**
A coupon is the fixed annual percentage paid out on a bond. The average weighted coupon is the asset-weighted coupon of each bond in the portfolio.

**Average Weighted Price**
Average Weighted Price is the asset-weighted price of bonds held in a portfolio, expressed as a percentage of par (face) value. This number reveals if the portfolio favors bonds selling at prices above or below par value (premium or discount securities respectively.)

**Best Fit Index**
Alpha, beta, and R-squared statistics are presented for a broad market index and a "best fit" index. The Best Fit Index identified in this report was determined by Morningstar by calculating R-squared for the fund against approximately 100 indexes tracked by Morningstar. The index representing the highest R-squared is identified as the best fit index. The best fit index may not be the fund's benchmark, nor does it necessarily contain the types of securities that may be held by the fund or portfolio.

**Beta**
Beta is a measure of a security or portfolio's sensitivity to market movements (proxied using an index.) A beta of greater than 1 indicates more volatility than the market, and a beta of less than 1 indicates less volatility than the market.

**Book Value**
The Book Value growth rate is a measure of how the book value per share (BVPS) has grown over the last five years. For portfolios, this data point is the share-weighted collective book value growth rate for all stocks in the current portfolio.

**Cash Flow**
The Cash Flow growth rate is a measure of how the cash flow per share (CFPS) has grown over the last three to five years. For portfolios, this data point is the share-weighted collective cash flow growth for all stocks in the current portfolio.

**Dividend Yield**
Dividend Yield is the annual percentage of return earned and is determined by dividing the amount of annual dividends per share by the current market price per share.

**Expense Ratio %**
The expense ratio is the annual fee that all funds charge their shareholders. It expresses the percentage of assets deducted each fiscal year for fund expenses, including 12b-1 fees, management fees, administrative fees, operating costs, and all other asset-based costs incurred by the fund. Portfolio transaction fees, or brokerage costs, as well as front-end or deferred sales charges are not included in the expense ratio. The expense ratio, which is deducted from the fund's average net assets, is accrued on a daily basis. The gross expense ratio, in contrast to the net expense ratio, does not reflect any fee waivers in effect during the time period.

**Geometric Average Market Capitalization**
Geometric Average Market Capitalization is a measure of the size of the companies in which a portfolio invests.

**Growth of 10,000**
For funds, this graph compares the growth of an investment of 10,000 (in the base currency of the fund) with that of an index and/or with that of the average

for all funds in its Morningstar Category. The total returns are not adjusted to reflect sales charges or the effects of taxation but are adjusted to reflect actual ongoing fund expenses, and they assume reinvestment of dividends and capital gains. If adjusted, effects of sales charges and taxation would reduce the performance quoted. If pre-inception data is included in the analysis, it will be graphed.

The index in the Growth of 10,000 graph is an unmanaged portfolio of specified securities and cannot be invested in directly. The index does not reflect any initial or ongoing expenses. A fund's portfolio may differ significantly from the securities in the index. The index is chosen by Morningstar.

**Mean**
Mean is the annualized geometric return for the period shown.

**Morningstar Category**
Morningstar Category is assigned by placing funds into peer groups based on their underlying holdings. The underlying securities in each portfolio are the primary factor in our analysis as the investment objective and investment strategy stated in a fund's prospectus may not be sufficiently detailed for our proprietary classification methodology. Funds are placed in a category based on their portfolio statistics and compositions over the past three years. Analysis of performance and other indicative facts are also considered. If the fund is new and has no portfolio history, Morningstar estimates where it will fall before giving it a permanent category assignment. Categories may be changed based on recent changes to the portfolio.

**Morningstar Rank**
Morningstar Rank is the total return percentile rank within each Morningstar Category. The highest (or most favorable) percentile rank is zero and the lowest (or least favorable) percentile rank is 100. Historical percentile ranks are based on a snapshot of a fund at the time of calculation.

**Morningstar Rating™**
The Morningstar Rating™ is provided for those collective investment trusts (CITs) with at least a three-year history. Ratings are based on the CIT's Morningstar Risk-Adjusted Return measure which accounts for variation in monthly performance, placing more emphasis on downward variations and rewarding consistent performance. The Morningstar Rating does not include any adjustment for sales loads. Morningstar compares each CIT's risk-adjusted return against the breakpoints for the exchange-traded fund and open-end mutual fund universe for that category. The top 10% of exchange- traded and open-end mutual funds in each category receive 5 stars, the next 22.5% receive 4 stars, the next 35% receive 3 stars, the next 22.5% receive 2 stars and the bottom 10% receive 1 star. The CIT's Morningstar Rating does not affect the retail fund data published by Morningstar.

**Morningstar Return**
The Morningstar Return rates a fund's performance relative to other managed products in its Morningstar Category. It is an assessment of a product's excess return over a risk-free rate (the return of the 90-day Treasury Bill) in comparison with the products in its Morningstar category. In each Morningstar category, the top 10% of products earn a High Morningstar Return (High), the next 22.5% Above Average (+Avg), the middle 35% Average (Avg), the next 22.5% Below Average (-Ave), and the bottom 10% Low (Low). Morningstar Return is measured for up to three time periods (three, five, and 10 years). These separate measures are then weighted and averaged to produce an overall measure for the product. Products with less than three years of performance history are not rated.

**Morningstar Risk**
Morningstar Risk evaluates a fund's downside volatility relative to that of other

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



Release date 06-30-2019

products in its Morningstar Category. It is an assessment of the variations in monthly returns, with an emphasis on downside variation, in comparison with the products in its Morningstar category. In each Morningstar category, the 10% of products with the lowest measured risk are described as Low Risk (Low), the next 22.5% Below Average (-Avg), the middle 35% Average (Avg), the next 22.5% Above Average (+Avg), and the top 10% High (High). Morningstar Risk is measured for up to three time periods (three, five, and 10 years). These separate measures are then weighted and averaged to produce an overall measure for the product. Products with less than three years of performance history are not rated.

**Morningstar Style Box™**
The Morningstar Style Box™ reveals a fund's investment strategy as of the date noted on this report.

For equity funds, the vertical axis shows the market capitalization of the long stocks owned, and the horizontal axis shows the investment style (value, blend, or growth.) A darkened square in the style box indicates the weighted average style of the portfolio.

For fixed-income funds, the vertical axis shows the credit quality of the long bonds owned and the horizontal axis shows interest-rate sensitivity as measured by a bond's effective duration. Morningstar seeks credit rating information from fund companies on a periodic basis (for example, quarterly). In compiling credit rating information, Morningstar accepts credit ratings reported by fund companies that have been issued by all Nationally Recognized Statistical Rating Organizations. For a list of all NRSROs, please visit http://www.sec.gov/divisions/marketreg/ ratingagency.htm. Additionally, Morningstar accepts foreign credit  ratings from widely recognized or registered rating agencies. If two rating organizations/ agencies have rated a security, fund companies are to report the lower rating; if three or more organizations/agencies have rated a security, fund companies are to report the median rating; and in cases where there are more than two organization/agency ratings and a median rating does not exist, fund companies are to use the lower of the two middle ratings.

Please Note: Morningstar, Inc. is not an NRSRO nor does it issue a credit rating on the fund. NRSRO or rating agency ratings can change from time to time.

For credit quality, Morningstar combines the credit rating information provided by the fund companies with an average default rate calculation to come up with a weighted-average credit quality. The weighted-average credit quality is currently a letter that roughly corresponds to the scale used by a leading NRSRO. Bond funds are assigned a style box placement of "low" "medium" or "high" based on their average credit quality. Funds with a "low" credit quality are those whose weighted-average credit quality is determined to be less than "BBB-"; "medium"  are those less than "AA-", but greater or equal to "BBB-"; and "high" are those with a weighted-average credit quality of "AA-" or higher. When classifying a bond portfolio, Morningstar first maps the NRSRO credit ratings of the underlying holdings to their respective default rates (as determined by Morningstar's analysis of actual historical default rates). Morningstar then averages these default rates to determine the average default rate for the entire bond fund. Finally, Morningstar maps this average default rate to its corresponding credit rating along a convex curve.

For interest-rate sensitivity, Morningstar obtains from fund companies the average effective duration. Generally, Morningstar classifies a fixed-income fund's interest-rate sensitivity based on the effective duration of the Morningstar Core Bond Index, which is currently three years. The classification of Limited will be assigned to those funds whose average effective duration is between 25% to 75% of MCBI's average effective duration; funds whose average effective duration is between 75% to 125% of the MCBI will be

classified as Moderate; and those that are at 125% or greater of the average effective duration of the MCBI will be classified as Extensive.

For municipal-bond funds, Morningstar also obtains from fund companies the average effective duration. In these cases, static breakpoints are used. These breakpoints are as follows: (i) Limited: 4.5 years or less; (ii) Moderate: more than 4.5 years but less than 7 years; and (iii) Extensive: more than 7 years. In addition, for non-U.S. taxable and non-U.S. domiciled fixed-income funds, static duration breakpoints are used: (i) Limited: less than or equal to 3.5 years; (ii) Moderate: more than 3.5 years but less than or equal to 6 years; (iii) Extensive: more than 6 years.

Interest-rate sensitivity for non-U.S. domiciled funds (excluding funds in convertible categories) may be measured with modified duration when effective duration is not available.

**P/B Ratio TTM**
The Price/Book Ratio (or P/B Ratio) for a fund is the weighted average of the P/B Ratio of the stocks in its portfolio. Book value is the total assets of a company, less total liabilities. The P/B ratio of a company is calculated by dividing the market price of its outstanding stock by the company's book value, and then adjusting for the number of shares outstanding. Stocks with negative book values are excluded from this calculation. It shows approximately how much an investor is paying for a company's assets based on historical valuations.

**P/C Ratio TTM**
The Price/Cash Flow Ratio (or P/C Ratio) for a fund is the weighted average of the P/C Ratio of the stocks in its portfolio. The P/C Ratio of a stock represents the ability of a company to generate cash and acts as a gauge of liquidity and solvency.

**P/E Ratio TTM**
The Price/Earnings Ratio (or P/E Ratio) for a fund is the weighted average of the P/E Ratios of the stocks in its portfolio. The P/E Ratio of a stock is the stock's current price divided by the company's trailing 12-month earnings per share. A high P/E Ratio usually indicates the market will pay more to obtain the company's earnings because it believes in the company's abilities to increase their earnings. A low P/E Ratio indicates the market has less confidence that the company's earnings will increase, however value investors may believe such stocks have an overlooked or undervalued potential for appreciation.

**P/S Ratio TTM**
The Price/Sales Ratio (or P/S Ratio) for a fund is the weighted average of the P/S Ratio of the stocks in its portfolio. Price/sales represents the amount an investor is willing to pay for a dollar generated from a particular company's operations.

**Percentile Rank in Category**
Percentile Rank is a standardized way of ranking items within a peer group, in this case, funds within the same Morningstar Category. The observation with the largest numerical value is ranked zero the observation with the smallest numerical value is ranked 100. The remaining observations are placed equal distance from one another on the rating scale. Note that lower percentile ranks are generally more favorable for returns (high returns), while higher percentile ranks are generally more favorable for risk measures (low risk).

**Performance Quartile**
Performance Quartile reflects a fund's Morningstar Rank.

**Projected Earnings**
The long-term Projected Earnings growth rate is the average of the available third-party analysts estimates for three- to five-year EPS growth. For portfolios,

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



Release date 06-30-2019

this data point is the share-weighted average of the projected earnings growth estimates for all stocks in a portfolios.

### R-Squared
R-Squared is the percentage of a security or portfolio's return movements that are explained by movements in its benchmark index, showing the degree of correlation between the security or portfolio and the benchmark. This figure is helpful in assessing how likely is it that beta and alpha are statistically significant. A value of 1 indicates perfect correlation between the security or portfolio and its benchmark. The lower the R-squared value, the lower the correlation.

### Sales
The Sales growth rate is a measure of how the sales per share (SPS) has grown over the last five years. For portfolios, this data point is the share- weighted collective sales growth for all stocks in the current portfolio.

### Sector Weightings
Super Sectors represent Morningstar's broadest classification of equity sectors by assigning the 11 equity sectors into three classifications. The Cyclical Super Sector includes industries significantly impacted by economic shifts, and the stocks included in these sectors generally have betas greater than 1. The Defensive Super Sector generally includes industries that are relatively immune to economic cycles, and the stocks in these industries generally have betas less than 1. The Sensitive Super Sector includes industries that ebb and flow with the overall economy, but not severely so. Stocks in the Sensitive Super Sector generally have betas that are close to 1.

### Share Change
Shares Change represents the number of shares of a stock bought or sold by a fund since the previously reported portfolio of the fund.

### Sharpe Ratio
Sharpe Ratio uses standard deviation and excess return (a measure of a security or portfolio's return in excess of the U.S. Treasury three-month Treasury Bill) to determine the reward per unit of risk.

### Standard Deviation
Standard deviation is a statistical measure of the volatility of the security or portfolio's returns. The larger the standard deviation, the greater the volatility of return.

### Standardized Returns
Standardized Return applies the methodology described in the Standardized Returns page of this report. Standardized Return is calculated through the most recent calendar-quarter end for one-year, five-year, 10-year, and/or since-inception periods, and it demonstrates the impact of sales charges (if applicable) and ongoing fund expenses. Standardized Return reflects the return an investor may have experience if the security was purchased at the beginning of the period and sold at the end, incurring transaction charges.

### Total Return
Total Return, or "Non Load-Adjusted Return", reflects performance without adjusting for sales charges (if applicable) or the effects of taxation, but it is adjusted to reflect all actual ongoing security expenses and assumes reinvestment of dividends and capital gains. It is the return an investor would have experienced if the fund was held throughout the period. If adjusted for sales charges and the effects of taxation, the performance quoted would be significantly reduced.

Total Return +/- indicates how a fund has performed relative to its peers (as measure by its Standard Index and/or Morningstar Category Index) over the time periods shown.

### Trailing Earnings
The Trailing Earnings growth rate is a measure of how the earnings per share (EPS) has grown over the last five years. Morningstar uses EPS from continuing operations to calculate this growth rate. For portfolios, this data point is the share-weighted collective earnings growth for all stocks in the current portfolio.

### Trailing Returns
Standardized Return applies the methodology described in the Standardized Returns page of this report. Standardized Return is calculated through the most recent calendar-quarter end for one-year, five-year, 10-year, and/or since-inception periods, and it demonstrates the impact of sales charges (if applicable) and ongoing fund expenses. Standardized Return reflects the return an investor may have experienced if the fund was purchased at the beginning of the period and sold at the end, incurring transaction charges.

Load-Adjusted Monthly Return is calculated applying the same methodology as Standardized Return, except that it represents return through month-end. As with Standardized Return, it reflects the impact of sales charges and ongoing fund expenses, but not taxation. If adjusted for the effects of taxation, the performance quoted would be significantly different.

Trailing Return +/- indicates how a fund has performed relative to its peers (as measure by its Standard Index and/or Morningstar Category Index) over the time periods shown.

# Investment Risks

International/Emerging Market Equities:  Investing in international securities involves special additional risks. These risks include, but are not limited to, currency risk, political risk, and risk associated with varying accounting standards. Investing in emerging markets may accentuate these risks.

Sector Strategies: Portfolios that invest exclusively in one sector or industry involve additional risks. The lack of industry diversification subjects the investor to increased industry-specific risks.

Non-Diversified Strategies: Portfolios that invest a significant percentage of assets in a single issuer involve additional risks, including share price fluctuations, because of the increased concentration of investments.

Small Cap Equities:  Portfolios that invest in stocks of small companies involve additional risks. Smaller companies typically have a higher risk of failure, and are not as well established as larger blue-chip companies. Historically, smaller-company stocks have experienced a greater degree of market volatility than the overall market average.

Mid Cap Equities: Portfolios that invest in companies with market capitalization below  $10 billion involve additional risks. The securities of these companies may be more volatile and less liquid than the securities of larger companies.

High-Yield Bonds:  Portfolios that invest in lower-rated debt securities (commonly referred to as junk bonds) involve additional risks because of the lower credit quality of the securities in the portfolio. The investor should be aware of the possible higher level of volatility, and increased risk of default.

Tax-Free Municipal Bonds: The investor should note that the income from tax-free municipal bond funds may be subject to state and local taxation and the Alternative Minimum Tax.

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



Release date 06-30-2019

Bonds: Bonds are subject to interest rate risk. As the prevailing level of bond interest rates rise, the value of bonds already held in a portfolio declines. Portfolios that hold bonds are subject to declines and increases in value due to general changes in interest rates.

HOLDRs: The investor should note that these are narrow industry-focused products that, if the industry is hit by hard times, will lack diversification and possible loss of investment would be likely. These securities can trade at a discount to market price, ownership is of a fractional share interest, the underlying investments may not be representative of the particular industry, the HOLDR might be delisted from the AMEX if the number of underlying companies drops below nine, and the investor may experience trading halts.

Hedge Funds: The investor should note that hedge fund investing involves specialized risks that are dependent upon the type of strategies undertaken by the manager. This can include distressed or event-driven strategies, long/short strategies, using arbitrage (exploiting price inefficiencies), international investing, and use of leverage, options and/or derivatives. Although the goal of hedge fund managers may be to reduce volatility and produce positive absolute return under a variety of market conditions, hedge funds may involve a high degree of risk and are suitable only for investors of substantial financial means who could bear the entire loss of their investment.

Bank Loan/Senior Debt: Bank loans and senior loans are impacted by the risks associated with fixed income in general, including interest rate risk and default risk. They are often non-investment grade; therefore, the risk of default is high. These securities are also relatively illiquid. Managed products that invest in bank loans/senior debt are often highly leveraged, producing a high risk of return volatility.

Exchange Traded Notes (ETNs): ETNs are unsecured debt obligations. Any repayment of notes is subject to the issuer's ability to repay its obligations. ETNs do not typically pay interest.

Leveraged ETFs: Leveraged investments are designed to meet multiples of the return performance of the index they track and seek to meet their fund objectives on a daily basis (or other time period stated within the prospectus objective). The leverage/gearing ratio is the amount of excess return that a leveraged investment is designed to achieve in comparison to its index performance (i.e. 200%, 300%, -200%, or -300% or 2X, 3X, -2X, -3X). Compounding has the ability to affect the performance of the fund to be either greater or less than the index performance multiplied by the multiple stated within the funds objective over a stated time period.

Short Positions: When a short position moves in an unfavorable way, the losses are theoretically unlimited. The broker may demand more collateral and a manager might have to close out a short position at an inopportune time to limit further losses.

Long-Short: Due to the strategies used by long-short funds, which may include but are not limited to leverage, short selling, short-term trading, and investing in derivatives, these funds may have greater risk, volatility, and expenses than those focusing on traditional investment strategies.

Liquidity Risk: Closed-end fund, ETF, and HOLDR trading may be halted due to market conditions, impacting an investor's ability to sell a fund.

Market Price Risk: The market price of ETFs, HOLDRs, and closed-end funds traded on the secondary market is subject to the forces of supply and demand and thus independent of the NAV. This can result in the market price trading at a premium or discount to the NAV, which will affect an investor's value.

Market Risk: The market prices of ETFs and HOLDRs can fluctuate as a result of several factors, such as security-specific factors or general investor sentiment. Therefore, investors should be aware of the prospect of market fluctuations and the impact it may have on the market price.

Target-Date Funds: Target-date funds typically invest in other mutual funds and are designed for investors who are planning to retire during the target date year. The fund's target date is the approximate date when investors expect to begin withdrawing their money. A target-date fund's investment objective/strategy typically becomes more conservative over time, primarily by reducing its allocation to equity mutual funds and increasing its allocations in fixed-income mutual funds. An investor's principal value in a target-date fund is not guaranteed at any time, including at the fund's target date.

High double- and triple-digit returns: High double- and triple-digit returns were the result of extremely favorable market conditions, which may not continue to be the case. High returns for short time periods must not be a major factor when making investment decisions.

# Benchmark Disclosure

### BBgBarc US Agg Bond TR USD
This index is composed of the BarCap Government/Credit Index, the Mortgage-Backed Securities Index, and the Asset-Backed Securities Index. The returns we publish for the index are total returns, which includes the daily reinvestment of dividends. The constituents displayed for this index are from the following proxy: iShares Core US Aggregate Bond ETF.

### Morningstar Agg Tgt Risk TR USD
The Morningstar Aggressive Target Risk Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in a static allocation appropriate for U.S. investors who seek above-average exposure to equity market risk and returns.

### Morningstar Lifetime Mod 2045 TR USD
The Morningstar Lifetime Moderate 2045 Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in proportions appropriate for a U.S. investor who is about 35 years away from retirement. The Moderate risk profile is for investors who are comfortable with average exposure to equity market volatility.

### Morningstar Mod Tgt Risk TR USD
The Morningstar Moderate Target Risk Index represents a portfolio of global equities, bonds and traditional inflation hedges such as commodities and TIPS. This portfolio is held in a static allocation appropriate for U.S. investors who seek average exposure to equity market risk and returns.

### MSCI EAFE NR USD
This Europe, Australasia, and Far East index is a market-capitalization-weighted index of 21 non-U.S., industrialized country indexes.

This disclosure applies to all MSCI indices: Certain information included herein is derived by Morningstar in part from MSCI's Index Constituents (the "Index Data"). However, MSCI has not reviewed any information contained herein and does not endorse or express any opinion such information or analysis. MSCI does not make any express or implied warranties, representations or guarantees concerning the Index Data or any information or data derived therefrom, and in no event will MSCI have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) relating to any use of

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.



this information.

**S&P 500 TR USD**
A market capitalization-weighted index composed of the 500 most widely held stocks whose assets and/or revenues are based in the US; it's often used as a proxy for the U.S. stock market. TR (Total Return) indexes include daily reinvestment of dividends. The constituents displayed for this index are from the following proxy: iShares Core S&P 500 ETF.

**USTREAS T-Bill Auction Ave 3 Mon**
Three-month T-bills are government-backed, short-term investments considered to be risk-free and as good as cash because the maturity is only three months. Morningstar collects yields on the T-bill on a weekly basis from the Wall Street Journal.

©2019 Morningstar. All Rights Reserved. Unless otherwise provided in a separate agreement, you may use this report only in the country in which its original distributor is based. The information, data, analyses and opinions contained herein (1) include the confidential and proprietary information of Morningstar, (2) may include, or be derived from, account information provided by your financial advisor which cannot be verified by Morningstar, (3) may not be copied or redistributed, (4) do not constitute investment advice offered by Morningstar, (5) are provided solely for informational purposes and therefore are not an offer to buy or sell a security, and (6) are not warranted to be correct, complete or accurate. Except as otherwise required by law, Morningstar shall not be responsible for any trading decisions, damages or other losses resulting from, or related to, this information, data, analyses or opinions or their use. Opinions expressed are as of the date written and are subject to change without notice. Investment research is produced and issued by subsidiaries of Morningstar, Inc. including, but not limited to, Morningstar Research Services LLC, registered with and governed by the U.S. Securities and Exchange Commission. This report is supplemental sales literature. If applicable it must be preceded or accompanied by a prospectus, or equivalent, and disclosure statement. Please see important disclosures at the end of this report.

