UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL W. ALLEGRETTI, CHANDRA V. BROWN-DAVIS, YOLANDA BROWN, RONALD DINKEL, SIOBHAN E. FANNIN, KRISTIE KOLACNY, DIANNA J. MARTIN, SHERRI NELSON, PATRICIA OTUONYE, BECKY S. RAY, SCOTT C. READ, TIMOTHY M. RENAUD, LISA SMITH, SUSAN WEEKS, AND ANDRO D. YOUSSEF, on behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>WALGREEN CO.; THE RETIREMENT PLAN COMMITTEE OF THE WALGREEN PROFIT-SHARING RETIREMENT PLAN; THE TRUSTEES OF THE WALGREEN PROFIT-SHARING RETIREMENT TRUST; THE BOARD OF DIRECTORS OF WALGREEN CO., <br><br>Defendants. | Case No. 1:19−cv−05392 <br><br>Hon. Charles R. Norgle |

**DECLARATION OF DANIELLE FUSCHETTI, ESQ.**

I, Danielle Fuschetti, Esq. declare and state as follows:

1

1. I am an attorney admitted to practice law in the State of California. I am a Senior Litigation Counsel at Sanford Heisler Sharp's San Francisco office and counsel for Plaintiff in the above-captioned action.

2. I make this Declaration in support of Plaintiffs' Unopposed Motion For Class Certification, Appointment Of Class Representatives, And Appointment Of Class Counsel. If called and sworn as a witness, I would testify competently as to the facts in this Declaration.

3. I received my Bachelor's degree *magna cum laude* from Dartmouth College in 2010 and my law degree from the University of Michigan Law School in 2013.

4. I am licensed to practice law in California. I have also been admitted to practice before the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Northern District of California, Central District of California, and Southern District of California. I am admitted to this Court *pro hac vice* for this matter.

5. I have performed substantial work on the instant case, including issuing written discovery, participating in conferences with opposing counsel, and preparing the instant Motion for Class Certification.

6. I have devoted my career to representing workers. Class and representative actions comprise a substantial portion of my practice. The following actions are representative of my experience prosecuting these matters:

   a. I am presently counsel in *Chen v. Western Digital, et al.*, Case No. 8:19-cv-00909-JLS-DFM (C.D. Cal.), a gender discrimination and equal pay case pending final approval of a $7.75 million class and collective action settlement;

   b. I am co-trial counsel in *Abrishamcar v. Oracle America, Inc.*, Case No. 535490 (Cal. Sup. Ct.) a representative action under the California Private Attorneys

General Act on behalf of thousands of employees, pending between the second and third phases of trial.

c. I am co-counsel on *Johnson v. SeaSpine*, Case No. 30-2017-00949804-CU-OECXC (Cal. Sup. Ct.) an equal pay case pending approval of a class settlement.

d. I was appointed class counsel for settlement purposes in *Fletscher v. Overland Solutions Inc.*, Case No. RG17852058 (Cal. Sup. Ct.), a wage and hour class action resulting in a class settlement.

e. I served as counsel in *Pan v. Qualcomm Incorporated*, Case No. 3:2016cv01885 (S.D. Cal.) a discrimination and equal pay case resulting in $19.5 million settlement, in which Sanford Heisler Sharp was appointed class counsel for settlement purposes.

7. SuperLawyers has listed me as a Rising Star for each of the last three years. In 2018, Consumer Attorneys of California nominated me and other members of my trial team at Sanford Heisler Sharp, LLP for Consumer Attorney of the Year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of December, 2020, in San Francisco, California.

_____
Danielle Fuschetti