UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL W. ALLEGRETTI, CHANDRA V. BROWN-DAVIS, YOLANDA BROWN, RONALD DINKEL, SIOBHAN E. FANNIN, KRISTIE KOLACNY, DIANNA J. MARTIN, SHERRI NELSON, PATRICIA OTUONYE, BECKY S. RAY, SCOTT C. READ, TIMOTHY M. RENAUD, LISA SMITH, SUSAN WEEKS, AND ANDRO D. YOUSSEF,** on behalf of themselves and all others similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> **WALGREEN CO.; THE RETIREMENT PLAN COMMITTEE OF THE WALGREEN PROFIT-SHARING RETIREMENT PLAN; THE TRUSTEES OF THE WALGREEN PROFIT-SHARING RETIREMENT TRUST; THE BOARD OF DIRECTORS OF WALGREEN CO.,** <br><br> **Defendants.** | **Case No. 1:19−cv−05392** <br><br> **Hon. Charles R. Norgle** |

## **DECLARATION OF DAVID H. TRACEY, ESQ.**

I, David H. Tracey, Esq. declare and state as follows:

1

1.      I am currently Senior Litigation Counsel and co-chair of the Financial Services Litigation Practice Group at Sanford Heisler Sharp, LLP ("Sanford Heisler Sharp"). I am counsel for Plaintiffs in the above-captioned action.

2.      I make this Declaration in support of Plaintiffs' Unopposed Motion For Class Certification, Appointment Of Class Representatives, And Appointment Of Class Counsel. If called and sworn as a witness, I would testify competently as to the facts in this Declaration.

3.      I received my law degree *magna cum laude* from New York University School of Law in 2013 and my B.A. *magna cum laude* from Yale University in 2008. I served as a clerk for the Honorable Garland E. Burrell Jr., Senior Judge for the United States District Court, Eastern District of California from 2013 to 2014.

4.      I am licensed to practice law in New York and New Jersey. I have also been admitted to practice before the United States District Courts for the Southern District of New York, Eastern District of New York, and the District of New Jersey. I am admitted to this Court *pro hac vice* for this matter.

5.      I am co-chair of Sanford Heisler Sharp's Financial Services Litigation Practice Group. In that capacity, I have been significantly involved the firm's ERISA matters. Along with Mr. Field, I am a named co-class counsel in *Karg v. Transamerica Corp.*, 1:18-cv-00134 (N.D. Iowa) (currently pending). I have also served as counsel in multiple ERISA class action lawsuits regarding defined contribution plans, including *Price v. Eaton Vance*, No. 18-cv-12098 (D. Mass.) (resulting in a $3.45 million Court-approved class action settlement), *Pizzaro v. Home Depot*, 18-cv-01566 (N.D. Ga.) (currently pending); and *In Re: G.E. ERISA Litigation*, Case No. 17-cv-12123-IT (D. Mass) (currently pending).

6. I have been intimately involved in the development and prosecution of the instant action. Among other aspects of the case, I have worked with the Sanford Heisler Sharp team to develop the legal theories of the case, draft the Complaints, issue discovery requests, review discovery, participate in conferences with opposing counsel, and prepare the instant Motion for Class Certification.

7. On June 26, 2020, Defendants' counsel represented to Plaintiffs' counsel in writing, "From January 1, 2014 to April 20, 2020, there were 240,922 unique participants who invested in one or more of the Northern Trust target-date funds (excluding the 2010 and 2015 funds)."

8. In addition to my ERISA practice, I have been involved in numerous class and collective actions, asserting civil rights claims, worker's rights claims, and consumer protection claims. Among my involvement in employment discrimination actions, I served as counsel in *Barrett, et al., v. Forest Laboratories, Inc.*, et al., 12-cv-05224 (S.D.N.Y.), a nationwide gender discrimination action that resolved on a class basis for $4 million. I also served as counsel in *Gruber v. Starion Energy, Inc.*, Case No. X03-HHD- CV17-6075408-S (Conn. Sup. Ct.), a consumer fraud action that resolved on a class basis for $2.58 million. I currently serve as counsel in *Julian et al., v. Metropolitan Life Insurance Company*, 17-cv-00957 (S.D.N.Y.), a conditionally certified wage and hour collective action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of December, 2020, in New York, NY.

David H. Tracey

3