Case: 1:19-cv-05392 Document #: 108 Filed: 01/07/22 Page 1 of 3 PageID #:1266



SM

# FILED

JAN 07 2022 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Paul Adams

6728 Cortland Dr. N Tonawanda, NY 14120

716.553.3475    pauladams1026@gmail.com

January 1, 2022

Honorable Charles R. Norgle

Judge of Northern District of Illinois

Dirksen U.S. Courthouse

219 S. Dearborn St., Chicago, IL 60604

Re: Brown-Davis et al v. Walgreen Co., et al., Case: 1:19-cv-05392


Dear Honorable Judge Norgle,

My name is Paul Adams, of North Tonawanda, NY. I have been employed by Walgreens, Co. as a pharmacist since 2003 and have participated in Walgreens retirement plan since 2004.

As a defacto member of the Class, I am writing the court to express my concern about the pending class action lawsuit regarding the poor selection of retirement funds by Walgreens. I am not fluent in legalese, but I do know a hustle when I see one.

While I do *not* disagree with the premise of the lawsuit, the <u>proposed settlement amounts to a huge payday for the lawyers\* and crumbs for the participants in the retirement plan.</u> I humbly and respectfully ask you to please consider the following before making a final judgement in this case.

According to the document filed with the court "Case: 1:19-cv-05392 Document #: 67 Filed: 12/01/20," the "plaintiffs state the following:

-Walgreens choice if Northern Trust Target funds violated ERISA, 29 U.S.C. § 1104.

-The Target Funds in question hold over $3 billion in assets

-There are over 100,000 participants in Walgreens retirement program. Of which "tens of thousands" of participants would be benefactors of this Class.

-"Northern Trust…investment options performed worse than 70 to 100 percent of peer funds."

-"The Northern Trust Funds have also impaired the Plan's overall performance. According to Brightscope2 , the average **Plan participant could earn $193,925 less in retirement savings** than employees in top-rated retirement plans of a similar size. The $193,925 disparity translates to an additional 10 years of work per participant."

-"As Plan fiduciary, Walgreen was responsible for monitoring the Plan's investment options. Walgreen failed to prudently perform this function."

As a result of this information (according to the settlement agreement [19-cv-05392 Document #: 99-3 Filed: 10/22/21]), Walgreens agrees to pay $13,750,000, of which the lawyers get $4,583,333.33.  That leaves $9,166,667 to be divided amongst the actual "victims" of the alleged ERISA violation. The lawyers do not state an exact number, only to say "tens of thousands" of people in the Class.  (There are over 100,000 current participants in Walgreens retirement system. Just to make this example, I will guess that 50,000 of those participants are in the Class.)

$9,166,667 divided amongst 50,000 people = $183.33 per person! Wow!

Each person **actually affected** will get $183 and the lawyers (who literally did nothing except file a 58 page document) will get $4.5 million dollars. *Is that not concerning to anyone?*

If there is an actual ERISA violation, shouldn't I be compensated in the neighborhood of "**$193,925?**"   I mean, the lawyers claim that that is what the average participant lost, right?

If there is an actual ERISA violation, shouldn't the SEC be investigating instead of a bunch of lawyers?

My status as a "Walgreens Retirement plan participant" is being leveraged and exploited by a bunch of lawyers. They will get a huge windfall, while I and other actually affected participants, will comparatively get crumbs.

If there is an actual ERISA violation and the lawyers work hard to uncover it in order to achieve compensation for "victims" like me, then I have no problem with the lawyers being compensated handsomely.   But the fact is that if the lawyers agreed to a settlement of only $13 million dollars, the ERISA violation is probably not that bad.

-Did I assume that Walgreens would manage my retirement funds in my best interest? Yes.

-Did Walgreens do a lousy job managing investment options?   Probably.

-Were there other options besides the Target funds, but I picked the Target funds because I was/am financially illiterate? Yup.

-Am I angry my retirement account would be larger had Walgreens been more judicious in Target plan selection? Absolutely.

-Do Walgreen actions/inactions constitute an ERISA violation, or just poor management? That answer is up to the court.

-Should I be compensated $183, while some lawyers who leveraged and exploited me get paid $4.5 million???? That answer is up to the court.

I would rather see this entire case dismissed than see the lawyers get their payday. The lawyers claim that Walgreens negligence cost me "**$193,925.**" I can only support this case if I will be awarded $193,925.

Again, if there is an actual ERISA violation, so egregious to warrant a class action lawsuit, then for SEC or some other federal agency should be involved.

This is in the court document as well: "A class action is the superior method for the fair and efficient adjudication of this controversy because joinder of all participants and beneficiaries is impracticable, the losses suffered by individual participants and beneficiaries may be small and it is **impracticable for individual members to enforce their rights through individual actions, and the common questions of law and fact predominate over individual questions.** "

And that once the final settlement is approved by the court, any individual Class Members may not reassert any of the ERISA claims.

**In summary, The lawyers leverage and exploit "tens of thousands" of hard working Walgreens employees to get a mountain of money - while the "tens of thousands" of hard working Walgreens employees get enough money to get a new Air Fryer ( if it's on sale…and they have a good Kohl's coupon…maybe). And we can't question any of it, because it's just too "impracticable for individual members…(to ask) common questions of…fact."** (Facts like $4.5 mil to lawyers.) Do I understand this correctly? Or should I just shut up and go back to counting pills and leave the thinking to the lawyers?

Thank you for taking your time to consider my concerns. There is no question in my mind that I am being exploited by these lawyers, as are millions of other Americans every year. I hope to see tort reform in my lifetime.

Sincerely,

Paul Adams

Cc: C. Field, S. Alamuddin

*"lawyers" = My Attorneys from Sanford Heisler Sharp, LLP and Barnow & Assoc. P.C.