# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL W. ALLEGRETTI, CHANDRA V. BROWN-DAVIS, YOLANDA BROWN, RONALD DINKEL, SIOBHAN E. FANNIN, KRISTIE KOLACNY, DIANNA J. MARTIN, SHERRI NELSON, BECKY S. RAY, SCOTT C. READ, TIMOTHY M. RENAUD, LISA SMITH, SUSAN WEEKS, AND ANDRO D. YOUSSEF, on behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>WALGREEN CO.; THE RETIREMENT PLAN COMMITTEE OF THE WALGREEN PROFIT-SHARING RETIREMENT PLAN; THE TRUSTEES OF THE WALGREEN PROFIT-SHARING RETIREMENT TRUST; THE BOARD OF DIRECTORS OF WALGREEN CO., <br><br>Defendants. | Case No. 1:19−cv−05392 <br><br> Hon. Charles R. Norgle |

**MOTION FOR ENTRY OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), and this Court's Orders Preliminarily Approving the Class Action Settlement and scheduling the Fairness Hearing (Doc. Nos. 101-102), and for the reasons set forth in Plaintiffs' accompanying Memorandum of Law, and the Declarations of Charles Field and Jeff Mitchell, and all exhibits thereto, Plaintiffs respectfully request that, upon hearing argument at the February 16, 2022 Fairness Hearing, the Court enter an order:

(1) Granting Plaintiffs' Motion;

(2) Granting Final Approval of the Class Action Settlement (Doc. No. 99-3)

This motion is *unopposed by Defendants* and only one Class Member out of approximately 195,000 has lodged an objection.

Dated: February 2, 2022

/s/ Charles Field
*Charles Field
**SANFORD HEISLER SHARP, LLP**
2550 Fifth Avenue, 11th Floor
San Diego, CA 92103
Telephone: (619) 577-4242
Facsimile: (619) 577-4250
cfield@sanfordheisler.com

*David Tracey
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651
dtracey@sanfordheisler.com

*Danielle Fuschetti
**SANFORD HEISLER SHARP, LLP**
111 Sutter Street, Suite 975
San Francisco, CA 94104

DFuschetti@sanfordheisler.com

*Sean Ouellette
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave. SE, Suite 300
Washington, D.C. 20003
Telephone: (646) 402-5644
souellette@sanfordheisler.com


* *pro hac vice admitted*

Ben Barnow
Anthony L. Parkhill
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph, Suite 1630
Chicago, IL 60606
Phone: (312) 621-2000
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com

*Attorneys for Plaintiffs and
the Proposed Class*

2

## **CERTIFICATE OF SERVICE**

I, Charles Field, an attorney, hereby certify that on February 2, 2022, I caused a copy of the foregoing Motion for Final Approval, along with all supporting papers and declarations, to be electronically filed through the Court's CM/ECF System, which will send notification of such filing to all counsel of record, and will cause to be served copies of the same on objector Paul Adams at the following address: 6728 Cortland Drive North Tonawanda, New York 14120.

/s/Charles Field
Charles Field