

Alex Nervo
300 W. 1st St.
PO Box 190918
Arlington, TX 76019-1000

Notice of Intent to Appear
*Brown-Davis, et al. v. Walgreens Co., et al.*
No. 1:19-cv-05392

I am a class member and I would like to appear and speak before the court on February 16, 2022 before a final decision is made.

Alex Nervo

**FILED**

FEB 03 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT