## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Chandra V. Brown–Davis, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:19–cv–05392
                                                        Honorable Charles R. Norgle Sr.

Walgreen Co., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 16, 2022:

    MINUTE entry before the Honorable Charles R. Norgle: Telephone fairness hearing held on 2/16/2022. Motion for entry of final approval of class action settlement [109] is granted. Civil case terminated. Order to enter. Mailed notice (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.